CASE NO. ____12 cv 47____

ATTACHMENT NO. ____3____

EXHIBIT _____

TAB (DESCRIPTION) _____

**EDWARD J. BARRE**

COUNTY CLERK

BUREAU OF VITAL STATISTICS—130 NORTH WELLS STREET
CHICAGO 6, ILLINOIS

JUN - 2 1972

ORIGINAL

STATE OF ILLINOIS

CERTIFICATE OF LIVE BIRTH

Registration District No. 16.10

Child's Birth Number 112-67 662411

| 1. Place of Birth A. State Illinois | B. County Cook |
| C. Inside corporate limits and in | City, Village, or Incorporated Town Chicago |
| 2. Usual Residence of Mother A. State Illinois | B. County Cook |
| C. Inside corporate limits and in | City, Village, or Incorporated Town Chicago |

4. Name of Hospital or Institution: Ravenswood HOSPITAL

8. Residence address: 4512 N. Malden

| 3. Child's Name A. (First) DARREN | B. (Middle) WAYNE | C. (Last) SHOTNER | 4. Sex MALE |
| 5A. This Birth was Single / Twin / Triplet / | 5B. If Plural, Child Born 1st / 2nd / 3rd / 4th | 6. Date of Birth July 18 1967 |

| 7. Father's Full Name A. (First) HAROLD | B. (Middle) GALE | C. (Last) SHOTNER | (White) |
| 8. His Age 18 | 9A. His Birthplace Chicago Ill. | 11A. His Usual Occupation ARTIST | 11B. Kind of Business or Industry MERCURY (White) |

| 12. Mother's Full Maiden Name A. (First) DOROTHY | B. (Mid.) LOU | C. (Last) NEWSOME | (White) |
| 13. Her Age 19 | 14. Her Birthplace Chicago Ill. | 16. Mother's Mailing Address 412 N. Malden Chicago Ill. |

I hereby certify that this child was born alive on the date stated above.

19. Received for ...

STATE DEPARTMENT OF PUBLIC HEALTH—SPRINGFIELD

... Clerk of the County of Cook, in the State aforesaid, ... County, do hereby certify that the attached is a ... on file, all of which appears from the records and ...

... WHEREOF, I have hereunto set my hand and ... ... of Cook, at my office in the City of Chicago,

*Edward J. Barrett*

County Clerk

1

᠂ INTAKE SUMMARY March 2, 1979 - DARRIN SHANTNE ᐧile #6084 - BD: 7/12/67

᠂n was referred for special education when he entered Locust Jr. High in February
᠂n his move to District 39. He had been in a special class for behaviorally in-
᠂lved students in Chicago. The Locust staff reported that Darrin is very low academicall
and to have very elementary skills. His social responses to the children and teachers
are somewhat inappropriate which is causing him to stand out and the children are avoid-
ing him. It is felt that he is in need of the help and protection of a special education
class.

## Informant

Mrs. Shantner was seen in an intake interview on 3/2/79 while Darrin was being tested
by Kathy Fitzgerald, NSSED psychologist. She had been somewhat hesitant about the
meeting initially but as the interview progressed she seemed to become relaxed and
shared the family situation and Darrin's school experience. She was receptive to the
special education program as outlined in this meeting but would like to have Darrin
remain in the present school setting since he seems to be comfortable and likes school.
She feels that having just moved that it is important for him to remain. Mrs. Shantner
feels that Darrin's problems stem from his hyperactivity which dates back to his early
years. She sees him calming down as he matures. Because of his gap in learning he
needs "special teaching" which she hopes he can get through the special education program.
She can see that he is embarrassed that he cannot read and becomes upset when he is not
"up to others." If he can get "caught up in his reading" he would feel better about
himself.

## Family Background

The family consists of Mr. and Mrs. Shantner, ages 31 and 30, and Darrin. Mrs. Shantner
described a very pressured marital life from the time they were married at ages 18 and
17 because both have felt a need to work long and hard to amass their werewithal while
they are young. At present Mrs. Shantner owns her own engraving company - AEA Engravers -
in the city; Mr. Shantner works at ARA Vending Company; and the couple owns a great deal
of real estate. All of this takes much time away from home and family life. They are
hoping to relax and enjoy life now with their move to the suburbs and Mrs. Shantner
plans to shorten her working to only three days. Mr. Shantner is also planning to sell
their 54 unit apartment building. He will continue to hold on to other real estate.

Mrs. Shantner explained that Darrin was born soon after they were married. At that
time she worked four hours a day as a model which took her out of the home about four
hours a day from 11:00 to 3:00. She hired a baby sitter to care for Darrin; she used two
women consistently or her husband would be available to care for him. She felt that
she is not the type of person to stay home full time - her "mind would be messed up" if
she did. She did the modeling work for four or five years. She started the engraving
business about six years ago. She started out knowing nothing about the business and
learning from the bottom up. She took on this venture because she heard through a
friend about the opportunities in this line of work. She stated that she has built
up a very lucrative business servicing people all over the world. She is training
women to take over some of her work so that she can start doing less and enjoying her
home.

Until they moved to Glenview the family lived in an apartment over the business so that
Darrin always had her available to him. She, however, is aware that her husband is not
a family man and his thoughts and energies are directed to "work-work-work."

**2**

Case: 1:12-cv-00047 Document #: 1-3 Filed: 01/04/12 Page 4 of 80 PageID #:211



Family Background (cont.)

Mrs. Shantner came from Kentucky, from a very large family. She came to Chicago as a teenager, worked as a waitress. She is close to her family and there is much contact between them, with her sisters and brothers coming and staying with the Shantners. She brought along a teen-aged brother who is presently visiting them, to this appointment. Several of her brothers and sisters have relocated to this area from Kentucky and there are many family type activities. Darrin, therefore, has many cousins and is close to them. Mr. Shantner's family life was not a very happy one. His mother deserted him and his brothers when they were young and he was raised by his father. His mother is living in the area and Mrs. Shantner tries to keep some contact with her though her husband is not too interested. Mrs. Shantner feels that she is his mother and what happened in the past should not affect their present relationship.

Mrs. Shantner stated that her husband plans to retire at age 35. He will continue to do his real estate work and investment. She is looking forward to life in the suburbs - has enjoyed it so far. She likes a well kept home and does work at this. The family moved after the big snow storm of January 13 and luckily the movers were able to work without too much difficulty.

Birth and Development

Pregnancy with Darrin went well. Birth was difficult because the birth channel did not open. After 30 hours, ceasarian section was performed. Darrin weighed 7 lbs. 14 oz. He was colicky the first two or three months. The formula did not agree with him and he was changed to regular homogenized milk. He was examined at Children's Memorial Hospital and nothing serious was revealed. Darrin walked at nine months, talked at an early age. She thought that he picked up quickly. He was toiled trained without any difficulty. He, however, was an active child even in his early months. He was always moving, except when he was sleeping. He had a good disposition and gave no trouble to sitters.

Darrin has been a healthy child. Because of his hyperactivity medication was tried, about a year and a half ago. Dilantin was prescribed and because it did not help it was stopped after a month. Her husband was against medication and nothing else was pursued.

School Experience

Darrin has had eight moves of schools. He attended Bluebird Nursery School where he had a good experience. He was said to have been quite an active youngster but did not present any special problems. He attended Bell School in Chicago for kindergarten and St. Gregory for first grade. These two years seem to have passed with no problem. In second grade at St. Gregory there was complaint of his "fighting and arguing." The family took him out and enrolled him at Pierce School, a neighborhood school, for third grade. He was unhappy and upset, cried to return to St. Gregory. The family moved after the third grade and enrolled him in Midwest Military School in Wheaton for his fourth grade. He liked the school setting but he did not function well there at all. His grades were low and he did not attend to learning, but liked the fun activities. His behavior seemed to worsen, there was fighting and bullying. Because there was no improvement, though he liked the school, the family removed him after the one year of attendance. He was returned to the Chicago Public Schools where he spent some time at Hugen, Montifiore, Pierce Schools before he was moved into the special class at Swift School for his end of fifth grade and sixth grade until his move.

3

Social Work Intake Summary  Page 3        DARRIN SHANTNER

## School Experience (cont.)

The special class was one that merely got him out of the regular class so that the other students could tend to the task of learning. Mrs. Shantner stated that she could not blame the school to have taken this stance - he was taking away from other students. It is because he just doesn't know and he is unable to cope with this. She feels he has good abilities. When he is asked why he gets into difficulties with the kids he answers, "they bother me."

## Description of Child

Mrs. Shantner feels that much of Darrin's difficulties are related to his poor academic functioning. She also believes that though Darrin was always a part of the family situation, because of the involvement in their businesses and work, that he was a lonely youngster. He had mainly adults around him most of his life. She also recalled that she was a nervous and a very young mother, and that she screamed at him a lot - "my bad part" as she referred to it.

Darrin was always a very active youngster. She feels that this is something that runs in her husband's family. She understands her husband too was quite hyperactive, also she has seen his younger brother, now 18, as a youngster and he was also very active. Her mother, who had a number of children, stated that she had never seen a youngster as active as Darrin.

Darrin likes attention - wants all of it. She has seen that he cannot take teasing, joking, and seems to feel that "everybody is against him." He is impulsive, will talk loud and out of turn. His personality is like one of an older boy. This may be related to his having had adults around him mainly.

Mrs. Shantner thought that he is a good boy at home, will mind them. He can get upset by the usual things such as if asked to clean his room. He likes all sports - football, basketball. He especially enjoys skate boarding and works at it diligently every day. He is an excellent swimmer. He goes fishing with his father and goes boating. He is also good at making things. He especially likes art at school. He idealizes his father and wants to do what he does. Mr. Shantner has taken up flying and Darrin would like to follow his dad in this pasttime too. Mrs. Shantner feels that theirs is an active life and Darrin has fit right into their lifestyle.

## Summary and Recommendation

Darrin, a recent move-in into District 39, was a student in a special class for the behaviorally disturbed in Chicago. From the description of his checkered school background he sounds like a child who needs the services of a special class to help him upgrade his academic skills and also to give him emotional support and protection. He is a youngster who has had many years of failure and seemingly not serviced appropriately but merely maintained.

At present he is unable to understand the academic demands of sixth grade let alone meet them. He, therefore, is doing no work and doesn't even try. He seems to be a child who was seemingly deprived of the normal growing up and childhood stimulation because of the parents' involvement in their financial goals and achievement. They, however, are attempting to make up for lost time and looking forward to suburban life and a more relaxed family and home.

4

Social Work Intake Summary ● Page 4                    D●●N SHANTNER

Summary and Recommendation (cont.)

Darrin needs time to settle into the community and change in their family life style. His academic needs must be assessed and served, and his emotional needs must be a consideration in working with him. Social worker, as well as the teacher, should try to keep in contact with the family to offer whatever services that may be helpful and appropriate for Darrin.

                                        Mitzi Takehara
                                        Social Worker

NORTHERN SUBURBAN SPECIAL EDUCATION DISTRICT
Stratford Center - 760 Red Oak Lane
Highland Park, Ill. 60035

C O N F I D E N T I A L

This Document is governed by the Illinois Student Records Act of 1975, the NSSED Records Policy and other applicable state and federal laws. Inquiries regarding access to and dissemination of the information contained herein should be directed to the Records Custodian, NSSED, 760 Red Oak Lane, Highland Park, Illinois 60035.

## CHILD STUDY REPORT

**Name:** Darrin Shatner

**Birthdate:** 7-12-67

**Age:** 11-7

**Sex:** Male

**File No.:** 6084

**School Attending:** Locust

**Grade:** 6

**District of Residence:** 39

**Eligible:** DLS

**Exam.Date:** 3-2-79 and 3-8-79

**Reexam.Due:**

**As Needed**

### REASON FOR REFERRAL

Darrin was referred for special education consideration shortly after he had enrolled in Locust Jr. High in February, 1979. Prior to his move Darrin attended the Chicago Public Schools where he was enrolled in an ERA class, a Special Education class for behaviorally and emotionally involved students. The teachers report that academically Darris is extremely low and is unable to handle the sixth grade curriculum. Darrin participates very little in the classroom activities; generally he sits and does nothing, but is not disruptive. His teachers further report that Darrin's social responses are somewhat inappropriate, and he is having a difficult time forming friendships.

### STUDENT INTERVIEW

Darrin was not fully aware of the purpose of the evaluation. He offered little comment when this examiner mentioned the possibility of special education placement. Darrin did mention that he had been in a number of school placements, the most recent being a special class in Chicago because "I'm not smart". He very openly talked about the fact that he could not read and that he got into trouble in class due to not listening, talking back to teachers, and getting mad and shoving desks. He did feel his behavior had improved since coming to Locust, however he said he did not like Locust and expressed his desire to return to his previous school. He reported that Locust school was too hard, and the children were not friendly.

### CONSULTATION WITH CHILD'S PARENTS

See Social History obtained on March 2, 1979 by Mitzi Takehara, NSSED Social Worker. During a parent conference on April 17, 1979, test findings and recommendations were discussed with Mrs. Shatner. She appeared to be well aware of Darrin's problems, and felt that most of his problems stemmed from his academic difficulties. She readily agreed to the proposed special education placement.

### ASSESSMENT OF THE CHILD'S LEARNING ENVIRONMENT

Darrin currently receives his academic program in a regular sixth grade classroom. He is heterogeneously grouped with approximately 20 to 24 students who move as a group to a different teacher each period. As indicated earlier Darrin is having extreme difficulty with the sixth grade curriculum. His teachers have attempted to modify his program but they are unable to modify it to the extent which Darrin needs. Although his teachers have obtained little work from Darrin in order to make a judgement, they estimate his functional reading and math skills to be approximately the second grade levels.

Darrin Shatner                                                    File # 6084

## SOCIAL DEVELOPMENTAL STUDY

See Social History obtained by Ms. Takehara.

## MEDICAL HISTORY AND HEALTH STATUS

See Social History obtained by Ms. Takehara.

## SCHOOL HISTORY

See Social History for complete outline of Darrin's school experience. Briefly, Darrin has attended at least eight different schools from the start of his school career. He has attended both public and parochial schools in addition to one private military school. The Shatner's were first made aware of Darrin's school problems during second grade. He received no special education services until his enrollment in the ERA class at the end of the fifth grade.

## SPECIALIZED EVALUATION

### Previous Test Results

12/17/75   Evaluated by Chicago Public School System

Wechsler Intelligence Scale for Children-Revised

    Verbal I.Q.         100
    Performance I.Q.    106
    Full Scale I.Q.     102

In summary, no significant deficits were noted in regards to learning skills. Emotional difficulties appeared to be the primary presenting problem. Inner controls were poor and tolerance for frustration was low. Placement in the ERA class was recommended as well as family or individual counseling.

### Present Test Results

Wechsler Intelligence Scale for Children-Revised

| Verbal Test | Scaled Score | Performance Test | Scaled Score |
|---|---|---|---|
| Information | 8 | Picture Completion | 14 |
| Similarities | 12 | Picture Arrangement | 9 |
| Arithmetic | 7 | Block Design | 10 |
| Vocabulary | 7 | Object Assembly | 6 |
| Comprehension | 12 | Coding | 11 |
| (Digit Span) | (12) | | |

    Verbal I.Q.         95
    Performance I.Q.    100
    Full Scale I.Q.     96

7

**Page Three**

Darrin Shatner                                                                          File #  6084

**Present Test Results Continued.**

Monroe Group Diagnostic Aptitude and Achievement Test

| Reading Test | Grade Equivalent |
|---|---|
| Paragraph Meaning | 4.5 |
| Speed of Reading | 3.5 |
| Word Discrimination | 4.1 |
| Total Reading | 4.1 |
| | |
| Arithmetic Test | 3.5 |
| Spelling Test | 3.5 |

| Word Discrimination Data | Percentile |
|---|---|
| Vowels | 10 - 20% |
| Consonants | 10 - 20% |
| Reversals | Less than 10% |
| Additions and Omissions | 30% |

| Wide Range Achievement Test | Grade Equivalent | Standard Score | Percentile |
|---|---|---|---|
| Reading | 3.0 | 78 | 7% |

Bender-Gestalt   Test

The Hand Test

Sentence Completion

Kinetic Family Drawing

House-Tree-Person

## APPEARANCE AND BEHAVIOR

Darrin is an attractive, well-groomed boy with curly blond hair and blue eyes.  He is right handed.  Darrin appears to be of average height and weight for his chronological age.

Darrin cooperated consistently throughout the evaluation.  Initially his effort was perfunctory and rather impulsive, however as Darrin settled into the routine of the task he did become more invested in his work and appeared to be working to the limit of his ability.  Darrin's attending-responding behaviors were appropriate.  He grasped task instructions easily, making further elaboration unnecessary.  The current test results appear to yield a representative picture of Darrin's intellectual, academic, and social/emotional functioning.

## SPEECH AND LANGUAGE

No gross syntactical or articulation errors were noted. Generally Darrin spoke in complete sentences and had no difficulty conveying his meaning. Quantitatively, Darrin's performance on the WISC-R Vocabulary Subtest suggests below average verbal expressive skills and word knowledge. Overall, Darrin's verbal skills are within the average range of intelligence as suggested by WISC-R verbal I.Q. of 95.

## MOTOR SKILLS AND PERCEPTION

Overall, Darrin's visual motor and perceptual skills are within the average range of intelligence suggested by WISC-R Performance I.Q. of 100. Specifically, Darrin's visual awareness and ability to detect essential and non essential detail in visually-presented stimuli is significantly strong as suggested by the scaled score of 14 on the WISC-R Picture Completion Subtest. His visual analysis and synthesis skills, visual sequential skills, and psychomotor speed and associative learning skills are within the average range. He obtained scaled score of 6 on the WISC-R Object Assembly Subtest which suggests a weaknesses in his visual spatial orientation skills and visual organizational skills, however Darrin had particular difficulty on one item of the subtest which significantly lowered his overall performance score.

## MEMORY

Auditory non-meaningful sequential memory appears to be a relative strength for Darrin as suggested by the obtained scaled score of 12 on the WISC-R Digit Span subtest. His performance was similar to that of a 14-2 year old. Visual memory skills were not formally tested, however, judging by his performance on the WISC-R performance section, they appear to be within average limits.

## CONCEPTS

Darrin's verbal conceptualization skills are a relative strength for him as suggested by a scaled score of 12 on the WISC-R Similarities Subtest. Common sense, social judgement and reasoning also appear to be a relative strength (Comprehension scaled score 12). Non verbal reasoning skills are age appropriate. A relative weakness was noted in Darrin's numerical conceptualization skills as suggested by a scaled score of 7 on the WISC-R Arithmetic Subtest. Darrin had no difficulty understanding what processes were necessary in order to solve the oral arithmetic problems, rather his errors were due to incorrect computation.

## ACHIEVEMENT

Current achievement testing estimates Darrin reading recognition skills to be at the 3.0 grade level, reading comprehension skills at the 4.5 grade level, spelling skills at the 3.5 grade level and arithmetic skills at the 3.5 grade level. Darrin's academic skills are significantly below his grade placement and predicted achievement level based upon his chronological age and measured intellectual potential. Review of Darrin's

Darrin Shatner                    Page Five                    File #  6084

Achievement Continued. . .

academic work suggests that he has missed out on the basic skills from which to build
on academically.  Considering Darrin's inconsistent schooling, this is not unlikely.
Phonetic word analysis is extremely deficient;  he is still having difficulty with
individual consonant and vowel sounds.  In arithmetic, Darrin was successful on
computation problems requiring carrying, borrowing, and simple multiplication.

## AFFECT

Personality testing and clinical observation suggests that Darrin is a very needy
youngster emotionally.  He impresses as an insecure, anxious youngster who feels in-
adequate to environmental demands.  Darrin has great concern with ego boundaries;  a
fear of loss of self, feeling powerless, and an inability to control himself.  It
appears that Darrin is in need of a great deal of external structures and controls in
order to help decrease these anxieties.  The data also suggests a great need for
affection and nurturance which has not been satisfactorily met.  Darrin's primary way
of dealing with these unmet needs and frustrations is to act out aggressively and
angrily.  Darrin also displays some strengths as he does demonstrate a capacity for
psychological warmth and exhibits an interest in environment rather than total absorption
of self needs.  It is this examiner's opinion that Darrin at this point in time is at
a very fluid and vascillating stage where some degree of re-channeling or redirecting
could be accomplished.

## RECOMMENDATIONS

1.  Darrin is eligible for placement in a special education DLS program.  It is felt
    that emotional difficulties are the primary presenting problems which are inter-
    fering with his acquisition of academic skills and his social adjustment.  Due
    to the fact that Darrin appears to be at a very fluid stage of development, it
    is recommended that he be placed in an educational setting which emphasizes
    academic instruction at his level in addition to emotional support.  At this
    point in time, it is not felt that Darrin will profit from inclusion in a class-
    room setting where appropriate behavioral models are not available.  In addition
    to emotional support in the classroom, it is felt to be of importance that
    Darrin's emotional needs be further addressed.  This will be explored with the
    NSSED team and with Mr. and Mrs. Shatner.

Submitted by,

Kathleen Fitzgerald
School Psychologist

KF/ps
5-31-79

10

# MULTIDISCIPLINARY STAFF CONFERENCE NOTES

NSSED file No. ___6084___

Staffing date ___6/19/79___

..t's Name __Darrin Shatner__ Birthdate _7/12/67_ Age _12_ Home District _39_

.S School Attending __Arden Shore - Jefferson__ Grade ___7___ DLS teacher __Mr. Mihel__

Personnel present (Name, Title, Agency), NSSED, and other __Mr. Mihel (teacher, A.S.), Mr. Parks__

__(group leader, A.S.), Ms. Warsawsky (Director of Education, A.S.), Ms. Waskin (social__

__worker, NSSED), Ms. Sullivan (teacher consultant, NSSED), Ms. Fitzgerald (psychologist, NSSE__

__Ms. Shatner__

Parent Notified of Staffing by __Ms. Sullivan__ Phone _____ Written _6/15/79_
(date)           (date)

Parent(s) Present at Staffing __Yes__

**Reason for Referral — include pertinent background**
Behavioral difficulties. Running out of school. Passive resistance to changing acting out behavior. Resistance to authority. Academic difficulties. History of school placements. Mother reports suspicion of heavy glue sniffing.

**Current Levels of Educational Performance and Unique Educational Needs — be specific**
In March of 1979 Darrin was tested on the WISC-R with the following resultant I.Q. scores: verbal - 95, performance - 100 and full scale - 96.

A. **Learning Characteristics**
    **Strengths**                  **Weaknesses**
    Works quickly and accurately.      Difficult to orient to things in space.
    Average range of visual awareness and
    alertness to detail.

B. **Social/Emotional**
    **Strengths**                  **Weaknesses**
    Lots of interest.              Insecure - anxious.
    Wants to do well.             Acting out.
    Personable.                Poor peer relationships.

II

| Academic areas | Test Scores<br>(test, score) | Classroom functional level<br>(series, level, skills) |
| --- | --- | --- |

**Language Arts**

    (1) Reading: 2nd to 3rd grade level.

        (a) decoding

            Problems.

WRAT (3/79)
Reading: 3.0

        (b) comprehension

            Problems.

WOODCOCK
Decoding: 2.3

    (2) Spelling

        Poor skills (3.5)

MONROE
Paragraph reading: 4.5
Spelling: 3.5
Arithmetic: 3.5

    (3) Fine Motor/
        Written Expression

        Cursive, adequate.

**Math**

    (1) computation
        Below grade (3.5)
        Difficulty in mult., no dividing.

    (2) concepts
        Difficulty, may be due to in-
        consistant schooling.

**Conceptualization/Social Studies/Science**

No problems in concepts, but in production.

**D. Oral Expression/Speech and Language**

No problem.

**E. Motor Skills/P.E.**

Regular P.E. class with treatment group.

 **ARDEN SHORE  home for boys**
P.O. Box 278  Lake Bluff, Illinois 60044  (312) 234-1730

**Home District: #39**

Re: Darrin Shatner
Birthdate: 07-12-67

**Entered: 06-19-79**
**Discharged Drop Date: 05-23-80**

## CLOSING SCHOOL SUMMARY

### Achievement Test Scores:

| Wide Range Achievement Test (6/20/79) | | Peabody Ind. Achievement Test (6/19/79) | |
|---|---|---|---|
| Reading | 3.8 | Mathematics | 4.6 |
| Spelling | 2.3 | Reading Recognition | 3.1 |
| Arithemtic | 3.9 | Reading Comprehension | 3.8 |
| | | Spelling | 3.2 |
| | | General Information | 4.6 |

No exiting tests were given.  However, at the time of his discharge Darrin was estimated to be functioning at the following grade levels: reading recognition 4.5, reading comprehension 4.5 and mathemtaics 4.5.

### Attitude:

Darrin works well in one-to-one situations in academics.  However, he seeks attention from his peers through inappropriate behavior, i.e., loud talking, leaving his desk, throwing paper, etc.  Darrin will, at times, become frustrated over his school assigrments and refuse to do them although he has received good feelings from successes.  Darrin will respond to most challenges verbally and physically.  He will also initiate these challenges.

### Subjects:

Darrin was enrolled as a seventh grader.  He was also enrolled in remedial Title I class and received a grade of B+.  Other grades were as follows:

| | | |
|---|---|---|
| English | B | F |
| Math | B | D |
| P.E. | B | B- |

Robert P. Mihel
Teacher

RPM:sb

Licensed by the State of Illinois, Department of Children and Family Services

Approved by the Chicago Association of Commerce and Industry

Member Child Care Association of Illinois

13

NSSED file No. _____

/: Intensive group treatment therapy, PPC modality, DLS/BD class.

, special education placement:  Arden Shore/Rosenthal Day Program, Jefferson group.

Aed services to be provided

Amount and type of integration with regular program

| Class | Grade level/teacher (if known) |
|---|---|
|  |  |

Projected dates for initiation of Developmental Learning Services  June 19, 1979

Anticipated duration of service ____ Review annually.

Other Recommendations — personnel responsible

DLS teacher _Robert B. Whitaker_ /Teacher/Consultant ___C. Warsansky__ 6-25-7_
(date)                                                                         (date)

Parent(s) ____mailed 6-25-79____ _____
(date)                                          (date)

cc:  cum file
     NSSED file
     LEA coordinator
     Parent
     copies mailed _____
                         date

14

NSSED file No. _____

## INDIVIDUALIZED EDUCATION PROGRAM

Date June 20, 1979

Student's Name Darrin Shatner          Birthdate 7/12/67 Age 11.11 Home District  39

DLS School Attending Arden Shore/Rosenthal     Grade ____7____ DLS teacher  Mr. Mihel

**Annual Goals**

   I. <u>READING</u>

The student will be able to decode words at the 5.0 grade level.

The student will be able to comprehend given material at the 6.0 grade level.

  II. <u>MATH</u>

The student will be able to compute math problems at the 6.0 grade level with 80% accuracy.

 III. <u>MOTOR SKILLS</u>

The student will participate effectively in conditioning and team sport activities.

  IV. <u>SOCIAL/EMOTIONAL ADJUSTMENT</u>

The student will complete all assignments with a "C" grade or above.

The student will deal effectively and experience control of his authority and easily angered problems.

June 25, 1979

Mr. and Mrs. Darrin Shatner
800 North Laramie
Glenview, Illinois 60025

Re: Darrin Shatner

Dear Mr. and Mrs. Shatner,

Enclosed please find your copy of the Individualized Education Program which
was discussed at the staffing held on June 20, 1979.

If you have any questions regarding the educational program please feel free
to call me at 234-1730.

Yours truly,


Corinne Warsawsky
Director of Education

CW:sb
Enc.

16

NORTHERN SUBURBAN SPECIAL EDUCATION DISTRICT
SOCIAL WORK SERVICES

SUMMARY - DATE: _____July, 1979_____

Name of Student _Darrin Shatner_____ File # _6084_

School and Teacher _Arden Shore-R. Mihel_____

Tch. Cons. _C. Warsawsky_ Psych. _N. Kaiser_

Social Worker____T. Waskin_____

## Date, Source, and Reason for Referral:

Darrin entered the Arden Shore junior high school day program in June, 1979. He was referred because of behavioral problems in his local school district.

## Social Work Activity and Plan (who involved, type of service, amount of contact):

Mr. & Mrs. Shatner have attended one parent group meeting since Darrin entered the program. The group meets weekly and is co-led by Jim Parks, classroom group leader and myself.

## Response to Service:

They were active participants in the meeting they attended.

Summary and
Recommendations:

The Shatner's will continue to meet with the parent group until Darrin no longer is in the program.

Tamara Waskin, ACSW
July, 1979

mj
Date of Closing and Reason:

17

Juvenile Court of Cook County

# SOCIAL INVESTIGATION

Date Dictated
8/22/79/aa

Probation
Officer
BRUCKS
North Div.

page 1

Name  SHATNER, Darrin          Family Folder No.  H-5604

EVALUATIVE
SUMMARY

## Highlights of the Body of the Report

Darrin Shatner is a 12 year old Caucasian male referred to
the Juvenile Court on a MINS Petition alleging that he is
Ungovernable.  This case appeared before Judge Costa on
Calendar #22 on July 13, 1979.  At that time, a public defender
was appointed, there was a by agreement order for a Social
Investigation and the case was continued to 8/24/79.

Darrin was previously referred to the Juvenile Court on a
Delinquent Petition alleging Criminal Damage to Property.
After numerous continuances between November of 1978 and
June of 1979, the case was finally SOL on motion of State
before Judge McNulty on June 7, 1979 in Calendar #10.

Although they are not listed on the police side of the folder,
the Screening Department indicates that this young man has
run away from home approximately 11 times in the past two year

Presently, Darrin    resides with his father, Donald, who
is self-employed as a contractor, rehabor, and a salesman
for ARA Canteen Corporation.  Also present in the home is
the mother who also works  full time in the engraving
business.  There are no siblings.

Presently Darrin will be going into the 7th grade in the
Wilmette School District special education program at
Rosenthal.  Darrin spent the     summer session there.
This has  been very good for him and he has done well.  He
has had numerous school and behavior problems in the past.
He has not been involved in that much counseling and this
program  seems to benefiting both Darrin and  his family.

## Probation Officer's Diagnostic Impression and Dispositional Recommendation and Plan

The probation officer is requesting a psychological that has
been done on this young man but is not available at the
time of this summation.  The probation officer feels that
Darrin Shatner is a young man who has numerous problems.
Probation officer suspects that he is very insecure, has a
very poor self-image and is extremely angry about his life.
This has all been complicated by the fact that he has been
diagnosed as hyperactive and has difficulty in school.  He
has always been a behavior problem in school and he has been
bounced from one school to the next.    The family has moved
about consistently and quite often has necessitated changes
in the school that the young man attended.  Most of the
friends Darrin has picked are young men with problems like
his and he continues to act out in a negative fashion.  He
in t he past he has been involved with selling one of his
father's handguns to someone in Uptown, setting a fire at a
school to a stack of leaves behind the school building,

18

-2-

being fascinated with knives, and appearing to be a big man among his friends. The probation officer definitely feels that this young man needs to proceed with the Arden Shores special program but that family counseling is going to be needed. Mr. and Mrs. Shatner seem very concerned about Darrin but really do not seem to know how to parent. Mr. Shatner at one point was ready to give up and allow the State to place this young man. Since his behavior has improved in summer school, he seems more willing to keep him at home. Now would be the time to engage the parents in teaching the proper responses to their son's behavior. They need to be very encouraging of Darrin as he does have an extremely low self-image. Probation officer plans on cooperating fully with the Arden Shores School. The probation officer also sees a period of supervision needed in this case. At the next hearing, a new petition will be filed against the young man and at that time it may be wiser to proceed on the delinquent than to continue this on the MINS. However, if the Delinquent Petition is going to be dismissed, the probation officer would recommend a period of supervision on the MINS.

PO BRUCKS
North Div.    8/23/79/aa

19

Juvenile Court of Cook County

# SOCIAL INVESTIGATION

Date Dictated
8/22/79/aa
Probation
Officer
BRUCKS
North Div.

page __1__

Name  SHATNER, Darrin          Family Folder No.  H-5604

SOURCES OF
INFORMATION

Information for this Social Investigation was obtained through a home visit with the mother, father and youth on 8/20/79. The Social had been set up to be completed earlier but due to an inaccuracy in the address, probation officer went to the wrong home and that why this was so late in being done. Probation officer also received information for this Social Investigation through the two complaint screening reports, one dated 11/13/78 and the other dated 6/20/79.

LEGAL
HISTORY

## The Complaint

Darrin Shatner was referred to the Juvenile Court on a MINS Petition that alleged that the minor was in need of supervision by reason of the following facts; that Darrin Shatner is beyond the control of his parents in that he did on May 29, 1979 at approximately 5 p.m. at 800 Laramie Lane in Glenview, Cook County, State of Illinois, absented himself from his home without the expressed consent of his parents, in violation of Chapter 37, section 702-3a, Illinois Revised Statutes.

## Court Action

This case was initially heared on Calendar #22 by Judge Costa on July 13, 1979, at that time the public defender was appointed attorney, the case was continued by agreement for a Social Investigation to 8/24/79, Calendar #22.

## Child's Statement

Darrin openly admitted that he had removed himself from his home without his parents' consent. He states that he runs away from home because he gets sick of his parents. He states that his mother hits him for no reason and his father cusses him out for no reason. He stated he went to Chicago to be with his friends for a few days. He stated that he had returned home because his friend talked him into returning ho

## Previous Police and or Court Contacts

Darrin was previously referred to the Juvenile Court in 1978 in November on a Delinquent Petition that alleged Criminal Damage to Property. After numerous continuances, this case was finally motion of State, SOL on June 6, 1979 before Judge McNulty on Calendar #10.

As the family just moved to Glenview, there are no station adjustments listed. However, probation officer noticed in the Complaint Screening material that this young man has run away from home approximately 12 times in the past two years. As will be seen later in the Social Investigation, he

has had numerous contacts with the police. He was picked up in Glenview for shoplifting approximately two months ago. This petition is being referred to Court so it was not a station adjustment.

THE CHILD AND
T E FAMILY

### Family Composition

Mr. Donald Shatner was born October 31, 1948 in West Virginia. He is of the Presbyterian faith. Mr. Shatner the type of man who is very busy and working all the time. He works for ARA Canteen Corporation and is presently on a leave. He also owns a 55 unit apartment building where he spends a great deal of his free time repairing the apartments and doing the decorating and such things. They also have a family business which his wife runs.

Mrs. Dorothy Shatner was born on March 2, 1949 in Kentucky. She is of the Baptist faith. She works as an engraver for the family business. She can be reached at work at 271-5837. She also described herself as having a lot of energy and not able to sit still and really relax. The Shatners seem to be very successful people in this stage in their young lives.

Darrin Shatner was born on July 12, 1967 in Chicago. He is the subject of this Social Investigation. Darrin is an only child.

### Family History and Interaction

It was very difficult at this point to state exactly what is going on in the Shatner household. Darrin has been a behavior problem for a number of years and obviously this has strained his relationship with his parents. Mrs. Shatner appears to be the softer of the two but since her husband was gone so much and doing so much work, she was left the responsibility of raising Darrin quite often. Her nerves became shattered and she admits that she quite often over reacted and that their relationship has been difficult because of this. The father admits that he is firmer and that he does seem to get more of a response from Darrin. However, the father stated that he would like the assistance of the Court and he also stated that he was disgusted enough in the past that it would have been okay with him if Darrin was placed in a foster home because he obviously could not control him. Mr. and Mrs. Shatner felt that they were in agreement in what type of behavior they expect from Darrin, but then Mr. Shatner stated that quite often he may expect too much from his son. Mrs. Shatner sees the importance of giving Darrin positive responses for proper behavior, but Mr. Shatner on the other hand has a tendancy to say you did good, okay, but there is still a lot of areas in which you need improvement.

Darrin feels that his relationship with his parents has been poor because they haven't been getting along for years. He states that his mother always hits him and is never willing to give him another chance. He states that his father doesn't yell at him as often and only yells at him if he really does something. He states that his father is easier to get along with because his father isn't around as much as his mother. However, the probation officer definitely got the impression that Darrin knows that he can manipulate his mother more readily and that he really does get along much better with his mother.

Juvenile Court of Cook County

# SOCIAL INVESTIGATION

Date Dictated

8/22/79/aa
Probation
Officer

BRUCKS
North Div.

page 3

Name  SHATNER, Darrin          Family Folder No.  H-5604

## Family History and Interaction (contd)

Darrin also advised the probation officer that his parents
fight all the time and that the father hits the mother.  He
wishes that they would get divorced and he would go live with
his mother.  The probation officer does not know if this was
being made up by Darrin or if he really sees this as a
possibility at this time.  The probation officer did not get
any indication from Mr. and Mrs. Shatner that they were
having severe marital difficulties at this time.

Probation officer also suspects that these parents are well
intentioned but really don't know how to deal with Darrin.
His behavior is exasperating them, they are very young,
and are really not quite sure where to turn for help.
However, the parents are pleased with the progress that the
boy is making at Arden Shores Rosenthal School.

## Child in the Family

## Early History

Mrs. Shatner had a normal pregnancy and delivery with Darrin
and Darrin was a full term healthy baby.  He had colic as
a young child, but did grow out of it at three months. After
his colicky period was over, he had a good disposition and
was very easy to care for. He accomplished the developmental
tasks within the average/period.  There were no difficulties
with temper tantrums as a young child.  Darrin was not
afraid of people and played well with other young children
prior to going to school.  The mother did not notice
that he was hyperactive at that time.  The mother does not
feel that she , nor her husband spoiled him as a young child
and that he could accept limits placed on his behavior.
Darrin did attend nursery school for one year when he was
4 years old.  According to the mother, he socialized well
with the children and got along with the teachers and had
no difficulties.  Then Darrin was home for a year prior to
his entering kindergarten.  The mother could not remember
any outstanding problems she had with Darrin as a young child.

## General Characteristics and Personality

Darrin Shatner is approximately 5'2" tall and weighs 102
pounds.  He has blue eyes and blond hair.  Darrin talked
very openly with probation officer.  He was pleasant and
cooperative throughout the interview.

Although it did not show during the interview, probation
officer suspects and the young man was also described by his

parents as being an extremely angry young man. He has had incidents in the past of taking his father's .22 handgun and selling it to someone in the Uptown neighborhood. He removed a knife from the family home. He started a fire at the school. All these things, although not minor, were handled by the family. They do appear to be definite signs of the young man's extremely anger. As can be seen later in the Social, the young man was diagnosed as being a hyperactive child. He has has had severe problems in school. His reading level is extremely low. The young man does not like himself and has an extremely negative self-image. He doesn't feel that he can do anything right like the other children and therefore acts out to get attention. The parents are having a great deal of difficulty giving him positive feedback because his behavior still can be somewhat difficult to take.

HEALTH HISTORY

## Physical Health

Darrin is in good physical health.

## Emotional Health and Intelligence

The young man appears to be average to above average in intelligence. It is difficult to state exactly what level this young man's emotional health is. He obviously has some severe emotional problems at this time. He has very poor judgment, little impulse control, and definitely is in need of intense therapy and limits placed on his behavior. This could possibly be complicated by the fact that his parents do not know how to deal with him. Although the family has had this young man in various schools and the schools have recommended various forms of treatment, they have really not been in any long term type of treatment. At one point for five months last year, a Mr. Quiemore came and visited the family once a week to help facilitate the young man's adjustment at the Swift School. The mother stated that this amounted to the young man coming out and talking to the parents and the boy and this did help the young man a little bit. Other than that, the family could not describe anything that they have been involved in that would be a kin to therapy.

Probation officer also feels that the way Mr. Shatner has gotten ahead in life is that he has been buying and selling apartment buildings for the past five or six years. He will buy an apartment building, move in, fix it up, and move out. The Shatners have moved numerous, numerous times in the past and every move has necessitated a change in school on Darrin's part. Darrin has been in approximately seven schools in the past six years.

## School Functioning

As just stated earlier, Darrin has been in 11 schools in the past six years. There is no necessity in enumerating the various names of schools at this time. The outstanding pattern of his school career has been that he has had difficulties in school since he started first grade. It was not til he was in the 4th grade that he was actually diagnosed as a hyperactive child. This would give an explanation for his short attention span, his inability to get along with kids, the setting up of teachers, and this has all led to complicated problems such as being behind in reading and poor self-image and not wanting

Juvenile Court of Cook County

# SOCIAL INVESTIGATION

Date Dictated

7/22/79/aa
Probation
Officer

BRUCKS
North Div.

page 5

Name    SHATNER, Darrin        Family Folder No. H-5604

## School Functioning (contd)

to read and therefore creating more problems in the classroom.
Because of the various schools that could not deal with this
young man's problem when he was in the fourth grade, he was
sent to a  military boarding school in Wheaton, Illinois called
the Midwest School.  The parents stated that although he appeared
to miss home, he did like his friends.  They felt that this
was hard on the boy so he came back to the public schools and
lived with his parents.  His behavior in the public schools
continued to deteriorate and the school wanted to send him
to Montefiore School.  But, they sent him to Swift where he was
in a ERA class.  The family moved in January to Glenview to see
if they could remove the boy from the neighborhood and his
poor influences and possibly get him settled in school.
Because of his extremely poor school record, Locust Junior High
School did not want to take this young man and he was transferred
to Howard Junior High.  Due to the extensive problems at Howard
Junior High, he was placed in the Rosenthal school for a
summer session at Arden Shores.  The young man will be going
back to Arden Shores this coming fall on a full time school
basis.

Darrin states that he hates school and the only time he could
ever think at all that he liked school/when he was in the
Swift School.  He especially hates Arden Shores and he said he
would rather live in an orphanage than continue to go to the
Arden Shores school/.    He hates the kids there, "they're
idiots, and he hates the staff".  He admits that he has problems
in school such as being easily angered by the kids and that
quite often he would blow up over nothing.  It is very
interesting what Darrin has learned at Arden Shores is that
he does have some problems he has to work on such as being
inconsiderate to himself, that he is easily angered, that he
has problems with authority and that he is easily led.  What
the probation officer worries about here is that this young
man is bright enough to modify his behavior enough to get
out of this program, but not to make any deep-seated changes.
Probation officer does not know how secure this young   man
is in his home environment either, so that he will continue
to have difficulties at school.

## Employment

This young man is not presently employed.

## Peer and Social Relationships and Activities

In the past, this has proved to be a very severe problem for
the parents.  The parents spend a great deal of their life
living in various apartment in  Uptown.  Darring always picked
poor friends when he was in the Uptown neighborhood.  His
present choice of friends seem to be an improvement , but the

24

Juvenile Court of Cook County

# SOCIAL INVESTIGATION

Date Assigned
7/17/79

Date Dictated
8/22/79/aa

Probation
Officer

DRUCKS
North Div.

IDENTIFYING
DATA

| | |
|---|---|
| **Name** SHATNER, Darrin | **Court Date Scheduled:** 8/24/79 |
| **Address** 800 Laramie | **Calendar:** #22 |
| **City** Glenview | **I.D. No.** #78-11999 |
| **Zip Code** | **Family Folder No.** H-5604 |
| **Age** 12 | **Petition No.** #79-7837 |
| **Sex** Male | **Alleged Offense(s):**MINS –Ungovernable |
| **Ethnic Group** Caucasian | |
| **Date of Birth** 7/12/67 | |
| **Place of Birth** Chicago | |

**School Name:** Rosenthal
**Attending?** Yes
**Last or Present Grade:** 7th

**Plea:** None
**Date of Plea:**
**Finding:**

**Other Active Petitions:**

**Custody:**

_____ **Days in Detention**
(No.)
as of _____
(Date)

**Companion Cases:**

**Origin of Complaint (Police Department, Agency or person referring case to the Juvenile Court):**

    Glenview Police Department

**Other Agencies working on case at present:**

| | |
|---|---|
| **DISPOSITION:** PENDING | **Assistant State's Attorney(s):** Cohen |
| | **Defense Counsel:** |
| |   **Private** |
| **Date:** |   **Public Defender** Murphy |
| **Judge** |   **Guardian Ad Litem** |

25

NSSED file No. _____

# INDIVIDUALIZED EDUCATION PROGRAM

Date <u>Oct. 9, 1979</u>

Name <u>Darrin Shatner</u>          Birthdate <u>7/12/67</u>  Age <u>12.3</u>  Home District <u>39</u>

School Attending <u>Arden Shore/Rosenthal</u>   Grade <u>7</u>    DLS teacher <u>Mr. Mihel</u>

**Annual Goals**

## I.   <u>READING</u>

The student will be able to decode words at the 5.0 grade level.

The student will be able to comprehend given material at the 6.0 grade level.

## II.  <u>MATH</u>

The student will be able to compute math problems at the 6.0 grade level with 80% accuracy.

The student will be able to compute division problem involving remainders at 80% accuracy.

The student will be able to compute all multiplication problems with 80% accuracy.

## III.  <u>MOTOR SKILLS</u>

The students will learn the Rules of and participate effectively in the following team sports:
1. Football
2. Soccer
3. Basketball

## IV.  <u>SOCIAL/EMOTIONAL ADJUSTMENT</u>

The student will complete all in-class and homework assignments with an average grade of "C" or better.

The student will deal effectively and experience control of the following problems through the use of the PPC program:
1. Fronting
2. Aggravates Others
3. Stealing
4. Lying
5. Easily misled

26

October 23, 1979

Re: Darrin Shatner
b. 07-12-67

Mr. and Mrs. Donald Shatner
800 North Laramie
Glenview, Illinois 60025

Dear Mr. and Mrs. Shatner,

I am sorry that you were unable to attend the parent conference regarding Darrin's Individualized Education Program.

Please find a copy of the educational program enclosed with this letter. Should you wish to discuss this or have any questions regarding the educational program, please call me at 234-1730. We will, if you wish, try to schedule another appointment.

Thank you for your interest and cooperation with the educational program at Arden Shore. We will continue to keep you informed of any further developments, changes or re-evaluation of the educational program designed for your son.

Yours truly,

Corinne Warsawsky
Director of Education

CW:sb
Enc.

27

October 23, 1979

Re: Darrin Shatner
b. 07-12-67

Dr. Sam Mikaelian
Wilmette School District #39
615 Locust Road
Wilmette, Illinois 60091

Dear Dr. Mikaelian,

Enclosed please find the most recent Individualized Education Program for the above mentioned student who is currently enrolled in the Arden Shore/Rosenthal Day Program.

Please feel free to call with any questions regarding the educational program.

We will continue to keep you advised whenever the Individualized Education Program is revised or updated.

Yours truly,


Corinne Warsawsky
Director of Education

CW:sb
Enc.

28

NSSED file No. _____
Re: Darrin Shatner

ible for: DLS/BD class; inter⬤ve group treatment therapy using ⬤ PPC modality.

specific special education placement: Jefferson group in Arden Shore/Rosenthal's day program.

Related services to be provided  None at this time.

Amount and type of integration with regular program  None.

| Class | Grade level/teacher (if known) |
|---|---|
|  |  |

Projected dates for initiation of Developmental Learning Services ___September 4, 1979___

Anticipated duration of service _____Review annually._____

Other Recommendations — personnel responsible

DLS teacher _Robert P. Michel_ Teacher Consultant _Corinne Warsawsky_ SB 10/22/7,
(date)                                                                    (date)

Parent(s) _mailed 10-23-79_
(date)                        (date)

cc:  cum file
     NSSED file
     LEA coordinator
     Parent
     copies mailed _10/23/79_
                    date

29

DEVELOPMENTAL LEARNING SERVICES PROGRAM

NORTHERN SUBURBAN SPECIAL EDUCATION DISTRICT

## P A R E N T   C O N F E R E N C E

Date: 12/18/79

Name Darrin Shatner _____  Birthdate 07-12-67

Persons Attending: Mr. & Mrs. Shatner, Mr. Mihel, Mr. Parks, Ms. Waskin and

Ms. Warsawsky

Reason for Conference:  (X) Administrative Request    Parent Request    Teacher Request

DISCUSSION:

The conference was called to discuss Darrin's acting out behavior both in and outside of school.

The school is concerned regarding his ability to get guns and to shoot them off.

Mr. and Mrs. Shatner were advised to keep a close watch on Darrin and to remove any weapons from their home.

Mr. and Mrs. Shatner advised the school personnel that Darrin is under constant supervision lately and that both parents are home most of the time.

Concerns were raised re Darrin's problems on the bus and his possible suspension from bus service.

Discussion of Darrin's needs for consistent supervision and controls followed. Mr. and Mrs. Shatner are willing to work with the school to stabilize Darrin.

CONCLUSIONS:

cc:  NSSED File Ms. Waskin
     Home District Coordinator Ms. Belkerz
     Parent ✓
     CUM Folder ✓

30

Juvenile Court of Cook County

# SOCIAL INVESTIGATION

ate Assigned

0 -80
a Dictated
-08-80/Pb
r ation
O. icer

rucks
or h Div.
IDENTIFYING
DATA

Name SHATNER, Darrin

Address 800 Laramie

City Glenview

Zip Code

Age 12

Sex Male

Ethnic Group Caucasian

Date of Birth 7-12-67

Place of Birth Chicago

Court Date Scheduled: 1-25-80

Calendar: 22

I.D. No. 78-11999

Family Folder No. H5604

Petition No. 79-15198

Alleged Offense(s):

School Name: Arden Shores
Attending? Yes
Last or Present Grade: 7th

Plea: Admission
Date of Plea: 12-28-79
Finding:    Delinquency

Other Active Petitions:

Custody:

_____ Days in Detention
(No.)
as of _____
              (Date)

Companion Cases:

Origin of Complaint (Police Department, Agency or person referring case to the Juvenile Court):

 Glenview Police Department

Other Agencies working on case at present:

| DISPOSITION:<br>Pending | Assistant State's Attorney(s):  Goodman |
|---|---|
|  | Defense Counsel: Murphy |
|  | Private |
| Date: | Public Defender |
| Judge | Guardian Ad Litem |

Juvenile Court of Cook C

# SOCIAL INVESTIGATION

ate Dictated

–ı 3–80/Pb
F  ibation
Officer

rucks
North Div.

page ___1___

Name SHATNER, Darrin          Family Folder No. H5604

EVALUATIVE
S'MMARY

### Highlights of the Body of the Report:

Darrin Shatner is a 12 year old Caucasian male referred by the
Glenview Police Department on a new petition alleging reckless
conduct.  This petition, No. 79-15198, was heard before Judge
Costa on 12-28-79.  At that time, a Public Defender was appointe
there was a stipulation as to date of birth, as being 7-12-67,
there was an Admission, a finding of Delinquency, a finding of
Best Interest, an Adjudication of Wardship and a Social
Investigation ordered returnable on 1-25-80 on calendar 22 at
9:00 a.m.

Darrin has three previous referrals to the Juvenile Court.  He
is still active with the court on petition No. 79-7837.  This
case was initially heard in July of 1979, he was placed on one
year biagreement supervision in September, and he is presently
continuing under supervision on this petition which there is a
progress report due on 1-25-80.

Petition No. 79-10361 was Motion of the State, SOL'd on 11-02-79
A previous Delinquent Petition, No. 78-11999, alleging criminal
damage to property, was filed in November of 1978 and was SOL'd
on 6-07-79.

The Glenview Police Department indicates two station adjustments
for June of 1979 for being unmannered and the other for being
ungovernable.  The Probation Officer notes that Darrin has had
numerous problems with the police in the city of Chicago, but
does not have a record of this.

Darrin, presently, resides at home with his father, Donald, and
he is self employed as a contractor, rehabilitater and also a
salesman for the ARA Centine Corporation but is on a leave of
absence from that job.  Mrs. Dorothy Shatner is also present
in the home.  She also works full time as the manager and the o
of an engraving business.  There are no other siblings in the
home.

Presently, Darrin is in the Arden Shores School as a day student
in the 7th grade.  Darrin is still experiencing some difficultie
at this school.  He would rather not be there but realizes that
there are numerous school problems that he has to work on in ord
to come back to the regular school program.  The Probation Offic
feels that this young man has numerous emotional problems, and
the Arden Shores School could not possibly be meeting all of
them.  The Probation Officer feels that this young man should be
in therapy but does not know if the Arden Shores School Program
which is totally a peer pressure program, will allow him to rece
outside therapy and remain in this program.

ALUATIVE
ARY

**Probation Officer's Diagnostic Impression and Plan:**

The Probation Officer has the same feelings that she had the last time she dictated the social investigation on this young man. He is a young man who has numerous problems. He is insecure, he has a poor self image, and he is very angry about his life. He has been diagnosed a hyper-active child. He has always had numerous school difficulties. He has been in 11 schools in approximately six years. Most of his peers are young men with similar problems. Darrin continues to act out in a negative fashion.

Darrin is in the Arden Shores School Program. This has been helpful to Darrin, and he has made some progress. The Probation Officer, however, realizes that Darrin does need more intensive therapy. However, there are numerous stumbling blocks here. Number one, Arden Shores does not like to involve anyone else in their treatment program, because they feel that it gives too many messages to the child and the family. Number two, Mrs. Shatner does not seem too interested in getting involved in therapy, and the Probation Officer strongly suspects that Mr. Shatner would no want to be involved in therapy at all. Mr. and Mrs. Shatner are very bright people but do not seem to know how to parent. Mrs. Shatner openly stated that her husband should not be tied down to a child, and that he has a great deal of difficulty in dealing with this. However, she states that quite often, Mr. Shatner can get along better with Darrin than she can. The parents definitel learn or need to learn to be much more positive and more support- ive of their son. However, Mr. and Mrs. Shatner have numerous marital problems of their own, and that quite often, they leave Darrin as the bouncing ball in the middle.

The Probation Officer strongly recommends that this young man be placed on a minimum year's probation. If the Arden Shores Progra does not seem to be working out, the Probation Officer is going to request a clinical evaluation. The Probation Officer also suspects that this young man made need a residential treatment program to get a grip on his problems. If need be, the Probation Officer will refer the family to a private agency or to the Department of Children and Family Services for a new evaluatic and a referral to a private residential treatment center.

By P.O. Brucks
North Div.
1-23-80/Pb

33

Juvenile Court of Cook Cou

# SOCIAL INVESTIGATION

ate Dictated

§ 080/Pb
Officer

ucks
.o-th Div.

page __1__

Name SHATNER, Darrin          Family Folder No. H5604

O--RCES OF
F- RMATION

Information for this social investigation was obtained through a
home visit with the mother and the boy on January 3, 1980. Also,
in the family folder, is a complete social investigation dated
8-22-79. The Probation Officer also spoke with Jim Parks, worker
at the Arden Shores School for Boys, on 1-07-80.

31 ..
IL.IORY

## The Complaint:

Darrin Shatner was referred to the Juvenile Court on a Delinquent
Petition that alleges that the minor is delinquent by reason of
the following facts:

In that Darrin W. Shatner has on or about October 28, 1979 at Cook
County, Illinois, committed the offense of reckless conduct, in
that he endangered the bodily harm or safety of any and all
passengers of the Chicago and Northwestern Railroad train by
placing weighted debris on the train tracks, mounted in a manner to
damage or derail a passing train, all of which occurred in the
village of Goenview, County of Cook, State of Illinois, in
violation of Chapter 38, Section 12-5 of the Illinois Revised
Statues.

## Court Action:

This case was heard before Judge Costa on calendar 22 on December
20, 1979. At that time, a Public Defender was appointed, there
was a stipulation as to the boy's date of birth, as 7-12-67, there
was an Admission, a finding of Delinquency, a finding of Best
Interest, an Adjudication of Wardship and a Social Investigation
was ordered returnable on 1-25-80 on calendar 22 at 9:00 a.m.

## Child's Statement:

Darrin stated that he and his Uncle, Basil, (approximately age
16), had left Darrin's home with two cans of shaving cream to go
to a near by park to have shaving cream fights with the kids in the
park. Darrin said that this was done in a very playful manner.
He stated that when they were out of shaving cream, Darrin and
his Uncle walked back towards his home down the train tracks. Darr.
stated that he picked up a railroad tie and put it on the tracks on
an angel. Darrin stated that he did not realize how serious this
was at the time, and there were peoples' lives that could have been
endangered because of this. He never thought that he would get
into any trouble doing this. He stated that he and his Uncle were
both involved in this, that it was a mutual idea, and he does not
understand why his Uncle did not get into any trouble because he
did. Mrs. Shatner advised the Probation Officer that when the
Police Officer was in their home, he advised them that all of the
witnesses stated that Darrin had done it alone.

34

AL
HISTORY

## Previous Police and/or Court Action:

Darrin has been previously involved with the Juvenile Court. In July of 1979, he was referred to court on a MINS Petition alleging runaway. In September of 1979 on this petition, he was placed on one year biagreement supervision with the Probation Officer. This matter is still being continued under supervision with the next court hearing being January 25, 1980 on calendar 22 at 9:00 a.m.

Darrin was referred to the Juvenile Court on a Delinquent Petition No. 79-10361 alleging theft of glue, which was MS SOL'd at the last court hearing for this petition on November 2, 1979.

Darrin has been referred to the Juvenile Court in November of 1978 on a Delinquent Petition that alleged criminal damage to property. After numerous court continuances, this petition was eventually SOL'd on June 7, 1979.

The Glenview Police Department indicates two station adjustments one for being incorrigible child in June of 1979 and also in June of 1979, for being an ungovernable child.

THE CHILD
AND THE
FAMILY

## Family Composition:

Father: Donald Shatner was born on 10-31-48 in West Virginia. Presbyterian faith. Mr. Shatner presently does his own contracting. He does reside at home. Mrs. Shatner advised the Probation Officer that Mr. Shatner was one of three children. He never got along well with his father. The mother left the father because he had a drinking problem. Mrs. Shatner suspects that Mr. Shatner always felt rejected and unloved by his mother and never fully accepted by his father. Mr. Shatner had some difficulties in his adolecence in terms of acting out but, presently, has parlayed his humble beginnings into quite an investment. He has made a great deal of money in working one small apartment building into a multi-unit apartment building owner.

Mother: Dorothy Shatner was born on 3-02-49 in Kentucky. Mrs. Shatner is one of 11 children. She has very warm fond memories of growing up with her family, even though she stated that they were extremely poor and did not even have sheets in their home. Mrs. Shatner states that she did not get a great deal of attention from her parents, because there were too many kids to get any attention. However, Mrs. Shatner seems to be a very self confident bright woman who was able to take care of herself. If anything, she seems the stronger of the two parents. Mr. and Mrs. Shatner's marriage is shot, and they have not gotten along for a couple of years. Presently, Mrs. Shatner is remaining at home because of Darrin and because her husband asked her not to leave at this point. However, there have been a couple of occasions when Mrs. Shatner has become so disgusted with the situation, that she has left home for a week or two weeks to visit family members

Juvenile Court of Cook County

# SOCIAL INVESTIGATION

Date Dictated
1-08-80/PB
Probation
Officer

Brucks
North Div.

Name SHATNER, Darrin

page 3

Family Folder No. 15604

THE CHILD
ND THE
FAMILY

### Family Composition: (Continued)

Mr. and Mrs. Shatner were married on October 1, 1966 in Virgi
They were both extremely young at the time. Mrs. Shatner
manages her own business and if she cannot be reached at home
quite often, she can be reached at the work number, which is
271-5837.

### Minor Respondent: Darrin Shatner was born on 7-12-67 in Chic
He is the subject of this social investigation.

### Family History and Interaction:

This home situation is very confusing. Darrin has been a beh
problem for a number of years and this has done much to strai
his relationship with his parents. Mr. and Mrs. Shatner are
trying to present a united front to Darrin but are not able t
so. Their marriage is so shakey and their relationship so
strained, that quite often Darrin gets stuck in the middle
whether he wants to or not. Quite often, Darrin will be disr
spectful to his mother, and Mrs. Shatner will slap him and th
"Just wait until your father gets home and see what happens".
Darrin is very fearful of his father, and the Probation Offic
suspects that this is because he is physically afraid of his
father. The Probation Officer suspects that though the Shatne
state that they would like to present a united front, they pr
to be very inconsistent. Their relationship is very poor and
quite often, Mrs. Shatner has gone for a week or two weeks at
a time. Mr. Shatner has a drinking problem and really does no
give any positive support of caring and attention to his son.
Mrs. Shatner, on the other hand, seems to always have him in t
house and grounded, because she is fearful of the trouble that
he will get into.

It appears to the Probation Officer that Darrin is getting ver
little insight into his relationship with his mother and fathe
in the past six months that the Probation Officer has known th
young man. Initially, Darrin stated that his relationship
with his parents was poor, because they had not been getting al
for a number of years. He felt that his mother always hit him
was never around to give him another chance. Darrin felt that
his father was easier to get along with, because his father was
not around that much. Darrin knows that his mother is easier
to manipulate and whenever he wants anything, would ask her.
This seems to be the way things are going presently.

Darrin still has a great deal of difficulty seeing how he contr
butes to the poor relations at home. However, the marital
status is so shakey, the Probation Officer suspects that Darrin
a tool used between the parents. Also, Darrin is an only child
and all of the pressure is on him.

36

Form 2

THE CHILD
AND THE
FAMILY

**Family History and Interaction:** (Continued)

Both Mr. and Mrs. Shatner have very humble beginnings but are very bright, intelligent hard-working people who become very or have become very successful. It seems that they expect the same type of behavior from Darrin right now. Mrs. Shatner did state that Mr. Shatner never should really be tied down to the responsibilities of the child, and that she thinks that this does wear off. When Darrin said to Mrs. Shatner, "Daddy does not like me or love me", Mrs. Shatner said that that was not true. Darrin senses all of the things going on in the family.

THE CHILD
IN THE
FAMILY

**Early History:**

Mrs. Shatner had a normal pregnancy and delivery when Darrin was born. He was a full term baby and normal. He had collik for three months but out grew it. After he out grew his collik, he had a very good disposition and was easy to care for. He accomplished the developmental tasks within the average time. There were no difficulties with temper tantrums as a young child. During his very early years, Darrin socialized well with other children his age prior to going to school. Mrs. Shatner did not feel that she had any severe problems with Darrin prior to his entering school. She did not think that he was hyper-active, that he was spoiled or that he had any other problems. However, there were limits placed on his behavior. Darrin did attend nursery school when he was four years old for one year. There were no problems regarding this.

**General Characteristics and Personality:**

Darrin Shatner is approximately 5 feet 2 inches tall and weighs 102 pounds. He has blue eyes and blound hair. Darrin is still little, "boyish" looking. He is quite verbal and talkative when he is with the Probation Officer. However, his mood tends to be one of anger, unhappiness, and generally being upset with his parents. The Probation Officer would state that that is the one characteristic that appears to be most apparent, in that Darrin is just loaded with anger everything. His anger can be seen as for example, he removing his father's 22 hand gun from their home and selling it to someone in the Uptown neighborhood. He also removed a knife from the family home. He started a fire at school. The parents handled these matters. He has been diagnosed as a hyper-active child, and this trait comes through, as he has difficulty sitting still through the interview. He has an extremely poor self image and really does not like himself at all. He does not have any feelings of accomplishment and thinks that he always gets into trouble and is bad.

The Probation Officer asked Darrin of some of the positive things that he has done lately, and he stated that he helped a retard. The Probation Officer asked him to explain really what he meant, and he said that he could not because it was too embarrassing. What came about, is that there is a retarded child in the neighborhood who was walking the family dog, the dog got away, and Darrin went and got the dog from or for him.

27

Juvenile Court of Cook County

# SOCIAL INVESTIGATION

page 5

Name SHATNER, Darrin          Family Folder No. H5604

## General Characteristics and Personality:  (Continued)

Darrin also took pride in the fact that he was able to help anoth
young man in the group that was released from Arden Shores.  Othe:
than that, Darrin could not think of one positive thing to say
about himself.

## Physical Health:

Darrin is in good physical health.

## Emotional Health and Intelligence:

Darrin appears to be a very bright young man who has average to
above average intelligence.  It is obvious that he has emotional
problems.  He has been diagnosed as hyper-active through school
testing.  Darrin does have some emotional problems at this time.
He has very poor judgment, little impulse control and is definite:
in need of intense therapy.  He also needs structure and limits
placed upon his behavior.  His parents have not been able to
provide any kind of consistent parenting and quite often give him
double messages.  The family has had this young man in various
schools, and all of the different schools have recommended differ-
ent types of treatment, but the family has really not been
involved in any long term treatment.  At one point, approximately
for five months last year, a Mr. Quietmore came to visit the
family on a weekly basis to help to facilitate the young man's
adjustment at the Swip School.  The mother stated that this
amounted to the therapist coming out and talking to the parents
and the boy, but it provided very little help.  There does not
seem to be any indication of any other long term treatment
until the boy has been at Arden Shores.

The Probation Officer also feels that Mr. Shatner's constant movi:
about in terms of buying apartment buildings, fixing them up,
and moving on, has produced approximately 11 school changes for
Darrin in the past six years.  This could not have added any
stability to his life.

## School Functioning:

As stated earlier, Darrin has been in 11 schools for the past six
years.  There is no necessity in listing the names of the schools
at this time.  The outstanding pattern in his school career has
been one of difficulties since the first grade.  It was not until
he was in the forth grade that he was actually diagnosed as a
hyper-active child.  Darrin has a short attention span, and an
inability to get along with his classmates, a behavior problem to
the teachers and a very poor reading ability have created numero:
problems in school.

School Functioning:  (Continued)

He has a poor self image, he cannot read, and he does not ge
involved in the classroom.  Because various schools could no
deal with this young man's problems, he was sent to a bordin
school in Wheaton, Illinois for the forth grade.  The name o
the school was the Midwest School.  Mr. and Mrs. Shatner fel
that during this this time, Darrin missed home, but he did 1
his friends at this school.  They felt that this was too hard
Darrin, so they allowed him to come back home and go to a pul
school for the fifth grade.  His behavior continued to deter
and the Chicago Public School System wanted to send him to t
Montefiore School.  However, they sent him to the Swip Schoo
instead, where he was in an ERA class.  The family finally m
to Glenview in January of 1979, and Darrin was in the Locust
High School.  Because of his extremely poor school record, L
did not want Darrin, and they transferred him to the Howard
High School.  The extensive problems that he had at the Howar
Junior High School, resulted him being placed at Arden Shores
School for day students.  Darrin is in this program now.
Although Darrin states that he does not like this program, he
does seem to be making some progress.  He took a great deal o
pleasure in stating that he got another peer out of his group
and this person was allowed to return to the community.  Darr
has so much anger in him, it almost seems impossible for him
really learn in school.  It is necessary for him to be in a
program such as Arden Shores, so that he can receive the spec
attention that he needs.  However, this young man needs more
intensive therapy.  He does admit, though, that he has learne
at Arden Shores that he has some problems such as being incon
erate to himself, that he is easily angered, and that he has
problems with authority and that he is easily led.  He realiz
that he must work very hard in solving these problems before 1
is allowed to get out of the program.

Employment:

This young man is not presently employed.

Peer and Social Relationships and Activities:

This is one of the major problems between Darrin and his parer
In the past when the family had lived in the city, Darrin has
had very poor choices of friends and tended to get into troubl
with all of them.  The parents seem more pleased with Darrin's
choice of friends in Glenview and feel that they are a more
positive influence on him.  However, there is a pattern here.
Darrin seems to get into trouble and then seems to be or get
grounded all of the time.  He, then, gets upset about being
grounded and has another argument with his parents and gets
grounded, although longer.  Then before the grounding is over,
he is allowed to go back out.  The parents are inconsistent.
They also are extremely fearful that when Darrin does go out, 1
will get into more trouble.  Mrs. Shatner did not feel that Da
is involved in drug usage at this time, but there has been a
problem with glue sniffing in the past.  Darrin openly admits 1
involvement with glue sniffing and states that he has done it i
the past, but that he has stopped doing this since he has moved
Glenview.  Darrin does not have any hobbies, except riding his
dirt bike and, therefore, has a great deal of free time that
does not fill constructively.  Darrin is helpful around the
house.  **20**

Case: 1:12-cv-00047 Document #: 1-3 Filed: 01/04/12 Page 41 of 80 PageID #:211

Juvenile Court of Cook C...

# SOCIAL INVESTIGATION

Date Dictated
—( 3–80/Pb
F bation
Officer

B acks
North Div.

Name SHATNER, Darrin          Family Folder No. H5604

HOME AND
NEIGHBOR-
O O

### Physical Setting of the Home:

The Shatners live in a very large clean, neat and well maintained single-family dwelling in a upper middle-class residential neighborhood in Glenview.  The home is quite large enough to provide family members adequate privacy.

### Economic Status:

The economic status is stable.

### Religion:

Religion is not a motivating factor with this family at the time

40

DEVELOPMENTAL LEARNING SERVICES PROGRAM

NORTHERN SUBURBAN SPECIAL EDUCATION DISTRICT

### P A R E N T   C O N F E R E N C E                    Date: 02-06-80

Name ___Darrin Shatner___                    Birthdate ~~02-06-80~~ 7-12-

Persons Attending:___Mr. and Mrs. Shatner, Mr. Kaiser, Ms. T. Waskin, Ms. Warsawsky___

and Mr. Parks

Reason for Conference:    :    Conference Day        Parent Request    Teacher Request
                                          X ADMINISTRATIVE REQUEST

DISCUSSION:

This conference was called to discuss Darrin's unprovoked acting out which is
reflective of problems generated in the home.

Mr. Shatner is disappointed re Darrin's behavior and has feelings of hopelessness
re Darrin's adjustment.  Mrs. Shatner is more hopeful but feels helpless.

Arden Shore staff requested the Shatners meet with Ms. Waskin for a trial
period of six (6) weeks to work on family problems and attitudes.

Mr. and Mrs. Shatner agreed to meet with Ms. Waskin at N.S.S.E.D. for regular
meetings.  (Dates were established).

Ms. Warsawsky made clear her concerns regarding Darrin's hurting himself or
someone else.  She also noted the court's involvement and cautioned Mr. and
Mrs. Shatner with regard to legal action that can be taken in cases of this
kind.

CONCLUSIONS:

cc: NSSED File - Tami Waskin
    Home District Coordinator - Sylvia Delker District 39
    Parent      - Mr. & Mrs. Shatner
    CUM Folder
    Mr. Parks - Arden Shore

41

Re: Darrin Shatner                    Psychiatric Evaluation
Birthdate: 07-12-67                   February 27, 1980

I interviewed Darrin Shatner for about 40 minutes and then conferred with
staff for about 30 minutes.

Darrin appeared as a casually groomed and dressed, 12 year old white male
who is a trifle overweight, but looks and acts his stated age. In fact,
at times, he acts and looks older than his years.

Darrin is oriented and alert and intelligent. His thinking is rational.
He is depressed and discouraged about his parents and operates (toward
himself) partly out of morbid parental introject. His grandiose, exhibiti-
anistic self is archaic: i.e., it is confined to his juvenile, delinquent
acting-out. He has not learned to be grandiose and exhibitianistic in
more maturated and productive ways. It may well be that his parents can-
not appropriately respond to him as "special" to them when he is intelligent,
effective, creative and charming. They may see him on those occasions as
threatening to their own (respective) narcissistic equilibriums.

The group consensus was clearly that Darrin was being helped at Arden
Shore and is workable on a continuing basis. Also, clearly, we need to
find some way to engage the parents to change in order to "salvage" Darrin.

I may be scheduled to interview Darrin's parents to try to find some
leverage (psychological) into their pathology.

                              Alfred M. Karnicki, M.D.

AMK:sb

**EP PROGRESS REPORT**

3-8D

. Name _Darrin Shatner_ Birthdate _7/12/67_ Age _12-8_ Home District _39_

LS School Attending _Arden Shore_ Grade _7_ DLS teacher _Mr. Mihel_

urpose of Placement   (strengths and weaknesses)
STRENGTHS - DARRIN IS STRONG WILLED AND BRIGHT; GOOD MEMORY
WEAKNESSES : SHOWS POOR IMPULSE CONTROL; FIGHTING ; ACTING OUT

**Academic Areas**

1. **Language Arts**   (series, level, skill)
   a. Reading  3.8 ON _WRAT_ (6/20/79)     3.1 ON _READ. RECOG._ OF THE _PIAT_ (6/19/79)
   50'S FORD                               3.8 ON _READ. COMP._ OF THE _PIAT_ (6/19/79)
   SRA SKILL BUILDER
   DARRIN'S WORD ATTACK SKILLS ARE GOOD, BUT HE GETS FRUSTRATED EASILY.

   b. Spelling  2.3 ON WRAT (6/20/79)   3.2 - _PIAT_ (6/19/79)
   DARRIN MEMORIZES WORDS EASILY BUT EXHIBITS POOR STUDY HABITS.

   c. Fine Motor/Written Expression   HIS PENMANSHIP IS USUALLY HASTILY AND
   DARRIN OFTEN PRINTS.  HE OFTEN DOES  NOT WRITE  IN COMPLETE SENTENCES
   SLOPPILY  WRITTEN. HE OFTEN DOES

2. **Math**   (series, level, skill)  3.7 ON ARITH SUBTEST - WRAT (6/20/79)   SPECTRUM YELLOW
   DARRIN DID WELL                    4.6 - PIAT (6/19/20
   MEMORIZING THE  MULTIPLICATION TABLES AND WORKING WITH LONG DIVISN.

3. **Conceptualization/Social Studies/Science**
   NONE

4. **Oral Expression/Speech and Language**
   DARRIN SOMETIMES MISUNDERSTANDS OTHERS AND IS SOMETIMES
   HIMSELF MISUNDERSTOOD.

**Gross Motor Skills**

DARIN IS SOMEWHAT OVERWEIGHT BUT OF AVERAGE COORDINATION.

II. **Social-Emotional Adjustment**

Perr group DARIN IS OFTEN LIKED AND DISLIKED BY HIS PEERS. HE SOMETIMES REFUSES TO AGREE WITH THE GROUP DECISIONS. DARIN ALSO SHOWS DIFFICULTY WITH CRITICISM.

Child/adult DARIN SOMETIMES CHALLENGES TEACHERS AND TRIES TO BREAK THE LIMITS (RULES) OF THE CLASSROOM.

Behavior in class/outside class

DARIN IS USUALLY HIGHLY EMOTIONAL AND OCCASSIONALLY VERBALLY AND PHYSICALLY ABUSIVE. HE STILL OFTEN WILL CLOWN TO GET ATTENTION OR TO WITHDRAW FROM SCHOOLWORK. HE HAS EXPRESSED THE ATTITUDE OF WANTING TO IMPROVE.

Integrated activities

NONE

III. **Amount and type of integration with regular program**

| Class | Times per week | Minutes per class | Grade level/Teacher |
|-------|----------------|-------------------|---------------------|
|       |                |                   |                     |

IV. **Amount and type of related services (i.e. speech therapy, adaptive P.E.)**

Type of Service TITLE I ___ Amount 1hr./day Person giving service Ms. GREENBERG

Type of Service _____ Amount _____ Person giving service _____

V. **Parent and/or Home Plan**

cc. cum file
NSSED file
Parent
LEA coordinator

DLS teacher _Robert J. Mikel_ date 3/3/80

Teacher Consultant _C. Warcawsky_ date 3-3-80

Parent _mailed_ date 3-3-80

44

NSSED file No.

# INDIVIDUALIZED EDUCATION PROGRAM

### TITLE I ADDENDUM

04-18-80

Date _____

___ Darrin Shatner ___  Birthdate 7/12/67 Age 12.10  Home District __ 39 __

Attending __ Arden Shore/Rosenthal __  Grade __ 7 __  DLS teacher __ Mr. Mihel __

### Goals

The above named student is enrolled in Title I classes with Ms. Greenberg.

The following items should be added to the existing Individualized Education Program.

MATH

1. The student will divide using a two digit divisor with 80% accuracy.

READING

2. The student will recognize, pronounce vowel sounds (long and short) with 100% accuracy.
3. The student will recognize and pronounce two letter blends of both consonants and vowels with 90% accuracy.
4. The student will recognize, pronounce and define words at the 6.0 grade level with 85% accuracy.
5. The student will answer questions concerning comprehension (including facts, main idea, sequencing and drawing conclusions) after reading a given selection at the 5.5 grade level with 80% accuracy.
6. The student will capitalize and punctuate sentences correcly with 85% accuracy rate.

Teacher _Ms. Greenberg_  21 April 1980

Teacher Consultant _____  Date 4-22-80

Parent(s) _____  Date 4-23-80

Date

**45**

 **ARDEN SHORE home for boys**
PO Box 278 Lake Bluff, Illinois 60044 (312) 234-1730

*4-21-80*

*Sylvia Deller, Spec. Ed Coordinator*
*Wilmette Dist 39*
*615 Locust Rd. Wilmette 60091*

Re: *Darrin Snatner*
Birthdate: *07-12-67*

Dear Parent or Guardian,

The Arden Shore School staff has reviewed and updated your child's Individualized Education Program. An addendum to the original program has been made.

You will find your copy of this addendum enclosed. Parental support and encouragement are important components of this program. If you have any questions in regard to this addendum please feel free to call me at 234-1730.

We will continue to contact you whenever the Individualized Education Program is revised or updated. Your interest in the educational program is greatly appreciated.

Yours truly,

Corinne Warsawsky
Director of Education

CW:sb
Enc.

*Scot*

Licensed by the State of Illinois, Department of Children and Family Services
Approved by the Chicago Association of Commerce and Industry
Member Child Care Association of Illinois

*46*

from: J Vaughn
to: J Turlow

Darwin attends Arden Shore Day
School however he is going to
be discharged from that program. Arden
Shore would be willing to accept him
in the residential program. However
they don't feel the school should
pay for this — feel the problem is the
parents rather than educational.
The burglary petition is for stealing
a bike. The theft is for stealing
about $2,000 worth of items from
parents & going to Up Town area
& selling them. Father went down
with a gun to get them back.
Darwin sniffs glue & Pa describes
him as having no sense of
right or wrong. There are no clinics
added.

Darwin is in Audy with a release
upon request to the parents. Pa
wants to ask for commitment to DCF
for the disposition on 80-4189.
However I probably Judge Costa
will not do the disposition on 5-9-
on cal 22 as he did not take the
admission. Those cases will probably
be cont to 5-4-80 cal 1

47



ARDEN SHORE home for boys

April 22, 1980

Mr. and Mrs. Donald Shatner
800 North Laramie
Glenview, Illinois 60025

Re: Darrin Shatner
Birthdate: 07-12-67

Dear Parent or Guardian,

The Arden Shore School staff has reviewed and updated your child's Individualized Education Program. An addendum to the original program has been made.

You will find your copy of this addendum enclosed. Parental support and encouragement are important components of this program. If you have any questions in regard to this addendum please feel free to call me at 234-1730.

We will continue to contact you whenever the Individualized Education Program is revised or updated. Your interest in the educational program is greatly appreciated.

Yours truly,

Corinne Warsawsky
Director of Education

CW:sb
Enc.

48

<u>MEMO</u>

To: Ms. Warsawsky
From: J. Parks
Re: Darrin Shatner's Progress Summary

Date: April 28, 1980


Darrin was admitted to the Arden Shore Day Program on June 19, 1979 because of school and community based problems that included lying, stealing and aggravating and abusive behavior. Overlying these problems were a low self concept that worked against his making many, if any, positive gains. In addition, he refused to do academic work both at school and at home.

While in the Arden Shore program, Darrin has exhibited many strengths and had made some gains. He is a bright, sensitive youngster and has been able to help members of his class work on their problems. He has also been able to accept help from his peers on the problems he has shown and has learned to trust them enough so that he could comfortably ask them for help. Through his peer group, he has gained some insight into his own behavior.

Nevertheless, Darrin continues to show problems in the community. The extent of these problems is such that his peer group is unable to sufficiently service him in a day program.

At home, it appears that Darrin is often without adequate supervision. Methods his parents have used to try and help Darrin have not been successful. Although Mr. and Mrs. Shatner have attended the weekly group meetings for parents of youngsters in the day program, their attendance has been inconsistent and they have not been able to make positive use of suggestions given them. They also attended weekly sessions with the program's social worker and although they professed an interest in helping their son, they were not able to carry through on the suggestions given them.

Given Darrin's growing involvement in community problems and Mr. and Mrs. Shatner's inability to adequately supervise and control him at home, it appears that a residential placement would be in his best interest.

JBP:sb

<u>INTAKE SUMMARY</u>

| | |
|---|---|
| **Name:** | Darrin Shatner |
| **Birthdate:** | 07-12-67 |
| **Parents:** | Mr. and Mrs. Donald Shatner |
| | 800 North Laramie |
| | Glenview, Illinois 60025 |
| | Phone: 998-5726 (home) |
| | 271-5837 (mother's work) |
| **District:** | Wilmette, #39 |
| **Home School:** | Locust Junior High School |
| **LDS School:** | Howard Junior High School |

Darrin is a chubby, average sized eleven year old who recently moved into District #39, Wilmette with his natural parents. Previous to this Darrin was enrolled in a Chicago ERA program. Rosenthal is his ninth school placement due to his disruptive behavior.

Darrin is currently a seventh grade student whose achievement levels centered around mid-third grade although his I.Q. is in the mid-normal range. Extensive testing has been scheduled to determine the proper instructional tools to be used.

Problems exhibited by Darrin have included: not listening to authority figures (teachers or parents), instigating fights with other students, swearing at teachers and other staff, lying, with a projection of a total non-caring attitude. His teachers continue by reporting that Darrin at times refuses to do the assigned work, being very disruptive to accomplish his goals. He will deliberately destroy the property of others and has recently begun to ditch school. He rebels against <u>any</u> type of structure.

Darrin feels bad about his academic levels but appears to be doing little to change them. He reportedly reaches out for non-structured contacts with others.

Darrin has been <u>repeatedly</u> into <u>heavy</u> glue sniffing which he must learn to control.

Darrin is an only child who lives with his natural parents who are both <u>very</u> work oriented. This need for financial success has at times interferred with their association or contact with Darrin.

James B. Parks
Group Leader

JBP:sb

**50**

County Juvenile Court
tion Department
Pi-III

Phone X 8440
Date of Referral 5-5-80
Date accepted _____

Intake 738

## DEPARTMENT OF CHILDREN AND FAMILY SERVICES
### (Referral Form - (Prepare in Triplicate)

**Identifying Information For Child Being Referred:**

Name _Shatner_ _Darrin_ _____ D/B 1-12-67 Age 13 Sex m Race Cauc
    last      first      MI

Address 800 Laramie _____ City Glimmeur _____ Zip _____
School Arden Shores _____ Grade 7 Religion Bapt
    _____ Currently active with DCFS _____ Previously active with DCFS
Child in custody _Andy_ _____ Date of custody order 5-1-80
Social Security # _____ Primary language _____

**Child's Present Legal Guardian or Custodian:**

Name _Parents_ ____ Relationship ____ home Phone ____ bus. phone ____
Address _____ City _____ Zip _____

**Natural Parents:**

Mother _Dorothy Shatner_ _____ Father _Donald Shatner_
Address _S/A_ _____ Address _S/A_
City _____ Zip _____ City _____ Zip _____
Phone (home) 998-6043 (bus.) ____ Phone (home) 998-6043 (bus.) ____
Employed? _____ Employed? _____
ADC# _____ District _____ Worker _____
Social Security # _____ Social Security # _____
Primary language _English_ _____ Primary language _English_

**Siblings:** (*active with Court) (**active with DCFS) (***DOC)

| * | ** | *** | Name | D/B | Living at home |
|---|----|-----|------|-----|----------------|
| | | | None | | |

**Legal Information (List all active petitions)**

| Petition No. | Alleged Offense | Current Status- (date of last Court hrng.) | Next Court Date Cal.# and Time |
|--------------|-----------------|-------------------------------------------|--------------------------------|
| 79-7837 | MINS | Edg MINS - SUPER | 5-9-80 - c.22 |
| 79-15198 | DEL Reckless Conduct | Probation | 5-9-80 - c.22 |
| 80-4159 | DEL BURG | Pending Social | 5-9-80 = c.22 |
| 80- | DEL THEFT | For trial | en Andy 5-14-80 c.1 |

**Interested Relatives:** (If Child has Lived with Relative*)

| Name | Address | Phone |
|------|---------|-------|
| None | | |

**Medical and/or Psychiatric Information:**

Is the child on any medication? (s)  5L___

Please indicate the various therapeutic interventions attempted with this child or his family prior to DCFS referral.  List agencies used if any.

Boy attends the Indian Shores day school program. Is not making it in day program. Needs a full time structured program.

**Understanding of what the problem is:**
<u>Parent</u> - Darren is beyond their control.

<u>Child:</u> Darren really doesn't know what the problem is but he knows he gets in trouble.

**Degree of willingness to cooperate with P.O.:**
<u>Parent</u> - Parents are willing.

<u>Child</u> Boy is willing.

**Expectations about referral to DCFS:**
<u>Parent</u> - Placement

<u>Child</u> Placement -- but he doesn't want to be placed

**Apparent strengths:**
<u>Parent</u> -

<u>Child</u>

**Apparent weaknesses:**
<u>Parent</u> -

<u>Child</u>

**P.O.'s assessment of the problem, the child's needs, and recommendations:**

Darren Shatner is a needy child. He is not getting any appropriate parenting. He needs structure and constructive positive input. P.O. plans on committing him for

**52**

NORTHERN SUBURBAN SPECIAL EDUCATION DISTRICT
DEVELOPMENTAL LEARNING SERVICES PROGRAM

ARDEN SHORE - STAFFING SUMMARY

DATE  05-08-80

Student's Name  Darrin Shatner                    DIS CLASS  Arden Shore/Rosenthal

Birth Date      07-12-67                          Group      Jefferson

                                                  Teacher    Mr. Mihel

PERSONNEL PRESENT: Karen Brucks (probation officer);
District #39: Dr. Sam Mikaelian, Sylvia Delker, NSSED: Patti Kelliher (T.C. Dist. 39),
Jim Mooney, Tamara Waskin; Arden Shore: Robert Mihel (teacher), Molly Blossom (aide),
Jim Parks (group leader), Neal Kaiser (psychologist), Ms. Warsawsky (Director of Ed.)
PURPOSE OF STAFFING:
To get an update from Karen Brucks (Darrin's probation officer) on the court action.


CONCERNS:
As reported to Mr. Parks by Mrs. Shatner.  Darrin stole all his mother's jewelry and
a gun, got high on glue sniffing and went into Chicago.  Mr. Shatner went after,
apprehended him, and turned him in to the police.  Darrin was placed in the juvenile
home pending release to parents before trial.  Parents had not visited or released
him to this date
                       in
At this time Darrin is∧the custody of the court.  It is necessary to wait until the
court disposes of this matter before the schools can plan.  There is a strong
possibility that the courts will remove Darrin from his home and place him with
DCFS for residential treatment placement.


RECOMMENDATIONS:
Although Darrin can benefit from a Positive Peer Culture Program he requires a
residential setting.  He needs the structure and supervision that is not being
achieved at home.

CW:sb
cc: Dr. Mikaelian
    Sylvia Delker
    Patti Kelliher
    Jim Mooney
    Karen Brucks


cc: Teacher

**53**

Cook County Juvenile Court
Probation Department
Form PD-111

NAO
Intake 738

PO Bruces
Phone x 8440
Date of Referral 5-5-80
Date Accepted

## DEPARTMENT OF CHILDREN AND FAMILY SERVICES
### (Referral Form – (Prepare in Triplicate)

Identifying Information For Child Being Referred:

Name Shatner        Darrin         D/B 7-12-67 Age 12 Sex m    Race Cauc
     last          first       MI

Address 800 Laramie      City Wilmerent        Zip
School Arden Shores      Grade 7 Religion Bapt
         Currently active with DCFS      Previously active with DCFS
Child in custody  Andy      Date of custody order  5-1-80
Social Security #               Primary language

II.  **Child's Present Legal Guardian or Custodian:**

                                        home              bus.
Name Parents      Relationship      Phone          phone
Address               City              Zip

III.  **Natural Parents:**

Mother Dorothy Shatner      Father Donald Shatner
Address S/A          Address S/A
City          Zip          City          Zip
Phone (home) 998-6043 (bus.)      Phone (home) 998-0643 (bus.)
Employed?          Employed?
ADC#          District          Worker
Social Security #          Social Security #
Primary language English      Primary language English

IV.  **Siblings:** (*active with Court) (**active with DCFS) (***DOC)

| * | ** | *** | Name | D/B | Living at home |
|---|----|----|------|-----|----------------|
|   |    |    | None |     |                |

V.  **Legal Information** (List all active petitions)

| Petition No. | Alleged Offense | Current Status–(date of last Court hrng.) | Next Court Date Cal.# and Time |
|--------------|-----------------|-------------------------------------------|-------------------------------|
| 79 -7837 | MINS - | Fdg MINS- SUPER | 5-9-80 - C.2 |
| 79 - 15198 | DEL - Reckless Conduct | Probation | 5-9-80 - C.2 |
| 80 - 4134 | DEL - BURG | Pending Social | 5-9-80 - C.2 |
| 80 - | DEL - THEFT | - Factual - In Andy | 5-14-80 C.1 |

VI.  **Interested Relatives:** (If Child has Lived with Relative*)

| Name | Address | Phone |
|------|---------|-------|
| None |         |       |

VII.  **Medical and/or Psychiatric Information:**

Is the child on any medication? No      Type
Name of clinic or doctor
Address          Phone
Is the child known to any social service agency?
Name          Address          Phone

VIII.  Has the Child Ever Been Removed from his Home? No      If yes, give date and detail

54

I: Please indicate the various therapeutic interventions attempted with this child or his family prior to DCFS referral. List agencies used if any.

Boy attends the Wilson Shores day school program. Is not making it in day program. Needs a full time structured program.

: Understanding of what the problem is:
Parent – Darun is beyond their control.

Child: Darun really doesn't know what the problem is but he knows he gets in trouble.

XI. Degree of willingness to cooperate with P.O.:
Parent – Parents are willing.

Child Boy is willing.

XII. Expectations about referral to DCFS:
Parent – Placement

Child Placement -- but he doesn't want to be placed

XIII. Apparent strengths:
Parent –

Child

X . Apparent weaknesses:
Parent –

Child

. P.O.'s assessment of the problem, the child's needs, and recommendations:

Darun Lindner is a needy child. He is not getting any appropriate parenting. He needs structure and constructive positive input. P.O. plans on committing him for placement.

*10: Mrs Luis*
*Inm. Dad Goldberg*

## CPS INTAKE SHEET

IDENTIFYING FILE NAME: *Darren* 5/8 *pm*

Date _____ Time _____

☐ Phone ☐ Walk-In ☐ Mail ☐ AM ☐ PM

I&R: Page _____ *5-80-75* Line *3*

Reviewed: Date *5-6-80* Initials *gne*

Original: _____

☐ CPS ☐ Area ☐ File Only

Cross Reference _____

### CALLING OR REPORTING PERSON

Name: *Judge Housden*

Relationship: *Juvenile Court Director*

Representing: _____

Copies:
Homemaker Coordinator _____ Homemaker File _____
Resource Bank _____ Guardianship _____ Court (5) _____
Area DMH Coordinator _____ File _____
Other _____ Other _____

CPS: Page _____ Line _____
Reviewed: Date _____ Initials _____
Original _____ Advance _____
MAPS _____ File _____ Other _____
Other _____ Other _____

Street Address (If Pelion: Area/District) _____ Phone _____

### REASON FOR CALL OR REPORT

Circle Number(s)

1. Physical Abuse
2. Sexual Abuse
3. Other Abuse
4. Physical Neglect
5. Medical Neglect
6. Other Neglect

7. Abandonment
8. Service to Active Case
   a. Child
   b. Foster Family
   c. Natural Family
9. Medical Consent

10. Family Stress
11. Parent-Child Relationship
12. Child Behavior
13. Info: DCFS Services
14. Info: Community Services

15. Request for Services
    a. foster care
    b. homemaker
    c. counseling
    d. adoption
    e. residential care
    f. licensing
    g. other _____
16. Lost Child

### III. FAMILY

Spanish Descent: ☐ Yes ☐ No   Primary Language _____

| | Last Name | First | Address | (Floor & Apt. No.) | Phone | Age | Race |
|---|---|---|---|---|---|---|---|
| (1) Woman | *Shadrick* | *Dorothy* | *800 Camino* | *Glenview* | *728-0043* | | *wh* |
| (2) Man | | *Donald* | | | | | |
| (3) Other | | | | | | | |

### IV. CHILDREN - List all children either with family or in other living arrangement

| | Last Name | First | Birthdate/Age | Sex | Race | Whereabouts | Relationship to Family (1) (2) (3) |
|---|---|---|---|---|---|---|---|
| 1. | *Shadrick* | *Darren* | *7/26/M* | *M* | *wh* | *bio Audrey* | *dec* |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

### Significant Relative/Other:

| Name | Address | (Floor & Apt. No.) | Phone | Relationship |
|---|---|---|---|---|
| | Address | (Floor & Apt. No.) | Phone | Relationship |
| | Address | (Floor & Apt. No.) | Phone | Relationship |
| | Address | (Floor & Apt. No.) | Phone | Relationship |

56

**I.  DATA CHECK**

A. On Print Out   No ___ Yes ___ _____
                                      I.D. No. _____  Area Office/Worker _____  Status _____
    Terminal   No ___ Yes ___

B. Check EPS File:   No Record _____ Record _____ Previous Report Attached _____

C. Check C/A Registry:   No____ Yes____ Previous Report(s) No____ Yes ___ Number _____

D. Check Guardian File:   No____ Yes____ Type_____ Docket No. _____ Date _____

E. Public Aid:   No____ Unknown ____ Yes ____
                                I.D No _____  Worker _____  Office _____

F. MAPS:   No____ Unknown ____ Yes ____

**I.  RESOURCES UTILIZED (Circle items and specify below)**   A. First Placement   B. Re-Placement

1. Emergency Homemaker   5. CPS Foster Home   9. Psychiatric Hospital
2. Day Care   6. Catholic Charities Foster Home   10. General Hospital
3. Relative Home   7. Institution   11. Shelter Care
4. Non-Relative Home   8. Area Resource   12. Caretaker

| CHILD NO. | RESOURCE USED—FULL NAME | ADDRESS | PHONE | VENDOR I.D. | CODE |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**VI.  LEGAL ACTION  (Circle Applicable Item)**

A.   Does not apply
B.   Police Thirty-six hour temporary protective custody
C.   Physician's thirty-six hour temporary protective custody
D.   Petition initiated _____ Date of Hearing _____
                  Date
    Date of Notification _____ Method of Notification _____
E.   Voluntary Agreement Approved
        Approved by _____ Date _____   Foster Home Placement ____ Homemaker ____

**VII.  DISPOSITION   (Circle Applicable Letter)  Date  5-6-80**

A.   Referral to CPS:   ____ intake ____ team   G.   Referral to other Agency(ies)
B.   Referral to Area:   EAO  (NAO)  SAO  WAO   Agency _____  Location _____
C.   Referral to DCFS services: _____
                        specify
D.   Referral to MAPS
E.   Request Withdrawn
F.   Service Completed at Intake

**VIII.  NARRATIVE SUMMARY—Use additional pages, if necessary.  Date entry and sign where your report ends.**

4 Petitions @ MINS 79-7837 @ Delinquent 79/5198
@ Delinquent RA 4189 Cw. Ck. 5-9-80 CAL 22
@ Will Rk. Delinquent 5-14-80 CAL 1
P. O. K. Brooks. 08440

№ 15621

June 16, 1980
Date card issued

July 16, 1980
Date card expires

**Billing Instructions**

1. Providers are to submit their billings on the appropriate Illinois Department of Public Aid billing form. Use Medichek forms when applicable.

2. Enter on the billing statement the identifying information as it appears on this card.

3. MAIL ALL BILLINGS FOR THIS CLIENT DIRECTLY TO:

DEPARTMENT OF CHILDREN AND FAMILY SERVICES
**STATE OF ILLINOIS**
DEPARTMENT OF CHILDREN AND FAMILY SERVICES

REGION: 28
510 N. DEARBORN STREET
CHICAGO, ILLINOIS 60610
FOR ASSISTANCE CALL

DEPARTMENT OF CHILDREN AND FAMILY SERVICES
MEDICAL SERVICE
ELIGIBILITY CARD

Issued to (Case Name) ____ SHATNER, DARRIN

Case Number ____ XX2B27--X-784-80-01

Recipient Number
(If applicable) ____ Not Available

Birth Date ____ July 12, 1967
____ (month/day/year)

This card is to verify that the individual named above is eligible to receive medical services payable by the STATE OF ILLINOIS.

This card is not valid unless signed in ink by DCFS Authorizing Agent.

_Bill Harris by_
_George N. Webb_
Authorizing Agent

CFS 933
3/80

58

## MEDICATION

| DATE | MEDICATION | WHEN GIVEN | DOCTOR | SYMPTOM |
|------|-----------|-----------|--------|---------|
| 7/2 | TYLENOL | 11:30 | | |
| 6/24 | TYLENOL | 8:30 | | |
| 6/25 | TYLENOL | 7:00 | | |
| 7/1 | TYLENOL | 8:39 | | |
| | | | | |
| 7/2 | TYLENOL | 8:05 | | |
| 1/11 | CONCILIUM | 12:00 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CHILD'S NAME  _DARRIN SHAFNER_

59

CE SHEET                        SUNNY RIDGE HOME                    ssion Date 6/7/80

ne Darrin Shatner                      Birthdate 7 / 12 / 67   I.D. # X781480101
                                       (CW) Darin in Paris
ferred By Gail Goldberg, D.C.F.S.   Address 2020 W. Roosevelt   Phone 793-3246

osest Relative Dorothy Shatner   Relationship mother            Phone 998-0043

dress 800 Laramie                City Glenview, 60025           State Illinois

cation Immediately Prior to Admittance   Audy Home              Religion Baptist

hool Arden Shore   Grade 7   Address P.O. Box 278, Lake Bluff 60044  Phone 234-1730

P.O. Officer Karen Bruces 738-8440

| SIBLINGS | Sex | Age | Status | Address | Phone |
|----------|-----|-----|--------|---------|-------|
| none |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| PARENTS | Father | Mother | Stepparent |
|---------|--------|--------|------------|
| Name | Donald Shatner | Dorothy Shatner |  |
| Maiden Name |  |  |  |
| Address | 800 Laramie | 800 Laramie work: 271-5837 |  |
| Telephone | 998-0043 | 998-0043 |  |
| Birthdate | Oct. 31, 1948 | March 2, 1949 |  |
| Marriage Date | Oct. 1, 1966 | Oct. 1, 1966 |  |
| Divorce Date |  |  |  |
| Custody |  |  |  |
| Support or Visitation |  |  |  |
| Remarriage Date |  |  |  |
| Education |  |  |  |
| Employer | Evens Mussy ARA Canteen Corp. | AEA Engraving |  |
| Occupation | contractor/salesman | engraver |  |

60



## NNY RIDGE HOME FOR CHILDREN
### Wheaton, Illinois

### MEDICAL SUMMARY

Child's Name _Darrin Shatner_  Birthdate _7/12/62_ Sex _Male_

Father's Name _Donald  "_  Birthdate _10/31/48_

Father's Health _Good_

Mother's Name _Dorothy  "_  Birthdate _3/2/49_

Mother's Health _Good_

Have any close relatives had the following?

Tuberculosis _____  Epilepsy _____

Allergies _____  Mental Illness _Father's Aunt_

Diabetes _Grandmother on Father side_  Other _____

Has the child received the following immunizations?  Please give the most recent date.

DPT (5) _3 shots 1st (DPT) 12/6/71_ Booster _12/5/73_  Tuberculin Test _____

Tetanus Booster _12/5/73_  Mumps _11-26-76_

Measles _7/26/68 tine test 11-22-76_  Smallpox _12-1-70_

Rubella _____  Oral Polio _Booster 12-5-73_

Has the child had any of the following illnesses?  Please give dates.

Whooping Cough ___no___  Convulsions ___no___  Tonsilitis ___no___

Measles _5-0-69_  Bronchitis ___no___  Diptheria ___no___

Rubella ___no___  Allergies ___no___  Ear Infections ___no___

Chicken Pox _1970_  Rheumatic Fever ___no___  Mumps ___no___

Scarlet Fever ___no___  Diabetes ___no___

Is the child currently receiving any medication? ___no___

If so, for what purpose? _____

Does the child have any allergies to medications? ___no___

Name of Doctor who usually cares for (__) or most recently cared for (__) child:

_Dr Ann Hammecdudin_  Address _2913 N. Commonwealth_
_Chicago, Ill._
Phone _525-3130_  _60657_

Birth and Development of Child:

Term: _____9 mo_____ Delivery: _____slow_____ Birth Weight _7,14_

Condition at Birth _____Good_____

Feeding by Breast_____ Formula _yes_____

Bladder Trained_____ Bowel Trained _2 yr._

Sat Up _6 mo._____ Walked _9 mo_____ Talked _2 yr._

Appetite _good_____ Likes_____ Dislikes_____

Has the child ever been hospitalized?

Date_____No_____ Illness_____

Does the family have medical insurance?____No_____

Does it cover the child?_____

Name of Policy Holder_____

Company_____ Policy Number_____

Medicaid_____ Policy No._____ Child's Case Code_____

Are there any other comments or factors we should know about the child's health or early growth and development or specific health problems today?
_he likes to eat anything & everything he should watch_
_what he eats._

I verify that the above information is correct to the best of my knowledge.

Signature _Dorothy Shatner_

Date _6/12/80_

62

To: Sunny Ridge Family Center    Date: 6/27/80

     2 S 426 Orchard Road     Re:    DARRIN SHATNER     (6084 )

     Wheaton, IL   60187      B.D.:   7/12/67

The enclosed CONFIDENTIAL information is being forwarded to you at the request of the above listed student's parents. For further information, please contact the Records Custodian for the Northern Suburban Special Education District at 312/831-5100.

PLEASE SIGN THIS RECEIPT AND RETURN IT TO THE ADDRESS ABOVE CARE OF THE RECORDS CUSTODIAN.

| ITEM | DATE | NOTES |
|---|---|---|
| PSYCHOLOGICAL REPORTS: | | |
|    Confidential | 3/79 | |
| | | |
| | | |
| | | |
| ACADEMIC REPORTS: | | |
|    Arden Shore closing school summary   5/80 | | |
|    IEP | 4/80; | 5/79; 10/79; 3/80 |
|    MDSC | 6/79 | |
|    Staffing Summary | 5/80 | |
| OTHER: | | |
|    Social Work | 3/79 | |
|    Correspondence | | |
|    Parent Conference | 2/80; 12/79 | |
| | | |

Signed _____    Date _____

School _____    District _____    Title _____

10-4-79    *Family Center*    63

*Anjum Hameeduddin, M. D.*
**2913 NORTH COMMONWEALTH**
**CHICAGO. ILLINOIS 60657**

July 7, 1980

Sunny Ridge Family Center
2 S 426 Orchard Road
Wheaton, Ill.

RE: Darrin Shatner

To Whom It May Concern:

Darrin Shatner was seen by us on August 28, 1978
at which time his weight was 103, B.P. 110/70, chest-
heart- lungs, normal. Eyes, ears, nose normal.
Slight infection of throat, tonsils present.

He was treated for molluscum contagiosum. A lesion
was excised from his left side below the rib cage.
Results of a biopsy done were benign.
We have not seen this patient since this visit.

Very truly yours,

*A. Hameeduddin* M. D.

Anjum Hameeduddin M.D.

64

# SUNNY RIDGE FAMILY CENTER

Larry S. Dotts, A.C.S.W., C.S.W., Executive Director

2 S 426 Orchard Road
Wheaton, Illinois 60187
(312) 355-8447

INITIAL STUDY – DARRIN SHATNER
SOCIAL WORKER'S 30 DAY REVIEW
Due:  July 17, 1980

Informants:
Darrin; parents, Mr. and Mrs. Shatner; D.C.F.S. worker, Gail Goldberg.

Reason for Referral:
Darrin was referred to Sunny Ridge by D.C.F.S. for admission on June 17, 1980.  He had been
previously admitted to the Arden Shore Day program on June 19, 1979 because of school and
community based problems that included lying, stealing, and aggravating and abusive behavior.
He had a low self concept and was refusing to do academic work both at home and at school.
While in the Arden Shore program Darrin exhibited many strengths and made some firm gains and
some insight into his own behavior, but continued to show problems within the community.  It
became apparent that Darrin may have often been without good supervision in the home, and
were inconsistent in their attendance in the weekly parents' meeting while he was in the
Day program.  Because of Darrin's increasing involvement in community problems, and because
of the parental inability to adequately supervise and control him at home, it was deemed best
that he be put in residential placement.  It was felt at that point that a positive peer
culture program would be helpful to him, and he was referred to Sunny Ridge.

Current Situation:
Darrin has had considerable trouble adjusting to his placement at Sunny Ridge and to the group
situation on a 24 hour a day basis.  He has raged on the average of three times a day, and
often in the process of rage, has attacked others, has threatened himself and done bodily
harm to himself, and has threatened others, both staff and group members.  On occasion he
has kicked other group members, and at one time this striking out has necessitated a trip to
the hospital by the group member who was injured.  Darrin tends to deny the seriousness of
this behavior and even to deny the fact that he was involved in these incidents, and has also
accused a staff member of being abusive towards him.  On the other hand, however, Darrin has
seemed to respond well in the individual counseling situation, and seems to be able to maintain
better controls when he is relating on a one-to-one basis rather than to a group.

Early growth and development:
There are several social histories in the records on Darrin which provide essentially the
same information.  Pregnancy with Darrin was normal, but birth was difficult, and he was
born by Cesaerian section after many hours of labor.  Darrin weighed 7 lbs., 14 oz. at birth
was cholicky for the first three months of life.  He achieved all the developmental milestones
age appropriately, perhaps on the early side.  He has always apparently been a healthy child
although he has been hyperactive and was given a trial on dilantin, but which apparently did
not help his hyperactivity and stoppped after a month.  Darrin attended Blue Bird nursery
school and had a good experience there.  He was said to have been quite an active youngster
in the nursery school, but did not present any special problems.

Ego functioning:
Testing by the school psychologist, Kathleen Fitzgerald, on May 3, 1979, indicates that Darrin

RESIDENTIAL TREATMENT •  CONSULTATION • OUTPATIENT COUNSELING • FAMILY LIFE EDUCATION • UNMARRIED PARENTS • FOSTER FAMILY CARE • ADOPTION

65

impressed her as an anxious child who feels inadequate to his environmental demands. He has a great concern with ego boundaries, a fear of loss of self, feeling powerless and an inability to control himself. This last impression would be consistent with what has been seen here at Sunny Ridge, both in the group situation and the individual counseling situation. Darrin is in need of a great deal of external structures and controls, also has a great need for affection and nurturance which has not been met satisfactorily in the past, but his primary way of dealing with his unmet needs and frustrations is to act out aggressively and angrily. Again this is the type of reaction which has been seen at Sunny Ridge to the attempts the group has made to meet his needs and frustrations. Darrin does display some strengths in a capacity for psychological warmth, and he exhibits some interest in his environment rather than total absorption in his own self. It would seem that Darrin is at the age when a rechanneling or redirecting of some of his drives can be achieved.

## School:

Darrin has had a great many moves of school. According to a social history done for the individualized education program on June 25, 1979, Darrin had had 8 moves of school. He was an active child in his first years of school, but apparently no problem. In second grade there began to be problems of his biting and arguing, whereupon the parents took him out and enrolled him at a neighborhood public school for third grade. Darrin was upset with this and cried a great deal until the parents returned him to his original school. After third grade the family moved and enrolled him in Midwest Military School in Wheaton for 4th grade. He apparently liked the school, but did not function well there. His behavior seemed to worsen and there was a great deal of fighting and bullying. Because there was no improvement in Darrin's school progress, the parents removed him from that school after 1 year of attendance and he was returned to the Chicago Public Schools where he spent time at Hugen, Montifiore Pierce Schools before he was moved into a special class in Swift School for the end of his 5th grade and 6th grade. Apparently at Swift school he had been put in a special class merely in order to get him out of the regular class so that the other students could learn. While at Arden Shore Darrin was able to achieve some improvement in his school performance. According to Darren during the first 6 months there he was attempting to change, but towards the end decided he would not do any more work because he did not like the school. It would seem apparent that Darrin is a child in the need of the services of a special class to upgrade his academic skills, to give him emotional support, and to help him with his behavior problems.

## Peer relationships:

Darrin has a great many interests and abilities in a variety of sports, but he tends to relate most to boys who have problems similar to his own, and who have also engaged in acting out behaviors. In our observation of him here at Sunny Ridge, Darrin has trouble relating to a total group of peers, but is able to relate to a positive peer on a one-to-one basis, particularly when he is the recipient of attention from that peer.

## Family:

Darrin is the only child of Dorothy and Donald Shatner, and has a history of having been a behavior problem in the family for a number of years, and has apparently been a strain in his relationship with his parents. Donald Shatner was born on October 31, 1948 in West Virginia, of the Presbyterian faith. He apparently came from a broken home, and according to the records and to intimations by Mr. Shatner in a family session here, he has felt rejected and unloved by his mother and never fully accepted by his father. He apparently had some acting out difficulties in adolescence himself, but has been able to do well in adult hood. He presently does his own contracting and is also heavily involved in real estate, while purchasing apartment buildings and fixing them up to resell.

Mrs. Dorothy Shatner was born on March 2, 1949 in Kentucky, and is one of eleven children. She states that her natural father died shortly after her birth, but that there was a stepfather with whom she did not feel very close while growing up. She has fond memories of her family.

but stated that they were extremely poor.  She stated that she did not get a great deal of attention from her parents, but she seems now to be self-confident, a woman who is able to take care of herself.  She has run her own engraving business, and is presently again in college full time in order to gain other skills and become involved in other career directions. The parents impress one as being rather narcissistic and as having some difficulties in being able to admire the growth and development of their child without being threatened by it, although they are very concerned about Darrin's acting out behavior, are concerned about Darrin himself, and have expressed a willingness to be involved in the treatment process. Whether this expression of willingness will hold true in reality is as yet undetermined.

It is unknown how much contact this family has with the extended family.  As noted above Darrin has a history of behavior problems within the family unit, as well as in the community and in the school.  It is apparent that the parents have not set firm and consistent structure on Darrin during his growth and development, and it is likely that there are severe marital difficulties which are not being acknowleged or dealt with presently.  It is apparent that some of the patterns which appeared in Mr. Shatner's family of origin are being repeated now, in that his family broke up when he was about 12 or 13 years of age (as his family was when Darrin went into placement), and that his mother had left the family much as Mrs. Shatner presently sometimes says she would like to do.  Parents have stated that they were married on October 1, 1966 in Virginia, and were both extremely young at the time. They stated that Darrin was not a planned child and that they were surprised by the pregnancy. One receives the impression that they have some insight into Darrin's problems and needs, but have a great deal of difficulty meeting these needs without feeling cheated in their attempts to meet their own needs.  In a family session at Sunny Ridge, however, it seemed apparent that they may be capable of developing some insights into their own childhoods. Both parents indicated a willingness to continue in family counseling, and both parents indicated that they understood the necessity of attending together to work on the problems so that Darrin would understand that his parents were coming as a unit.

D.C.F.S. remains involved in this case and is responsible for the placement.

Recommendations:
At this time it is uncertain whether Sunny Ridge is the best placement in order to meet the treatment needs of Darrin.  This is based on the amount of difficulty Darrin is having in adjusting to his placement and his refusal to deal with many of the issues regarding them and his part in the difficulties.  Darrin does have the intellectual ability to deal with the confrontations at Sunny Ridge and to achieve growth, but his emotional maturity may be so regressed that he would do better in a treatment situation where there would be more 1-to-1 work with a therapist.  The problems which Darrin himself says he has are: cursing, misleading, stealing, drugs.  It is highly recommended that the parents continue in family therapy before Darrin returns home even for a weekend visit, in order to insure that the proper kinds of structure and discipline will be present for Darrin while he is at home and will be there to enable him to continue in his growth and development.


_Dorothy P. Miller_                                    _7/22/80_
Dorothy P. Miller, A.C.S.W.                            date
Social Worker


_Arlene N. Betts (APM)_
Arlene N. Betts, A.C.S.W.
Director, Social Services

DPM/las



# ⌠UNNY RIDGE FAMILY CENTER

**Larry G. Betts, A.C.S.W., C.S.W., Executive Director**

**2 S 426 Orchard Road**
**Wheaton, Illinois 60187**
**(312) 668-5117**

July 18, 1980


Miss Gail Goldberg
2020 W. Roosevelt Raod
Chicago, IL 60608


Dear Miss Goldberg:

This letter is to confirm our telephone conversation of July 17, 1980. As I
stated on the telephone, the group care workers at Sunny Ridge unanimously
recommended the dismissal of Darrin Shatner from our residential program. Our
rational for making this request is as follows:

    <u>Frequency of Rages</u>. During the month that Darrin has been here, he has raged
on the average of three times a day. There was no particular time pattern to
his rages: they happened morning, afternoon and evening.

    <u>Attack on Others</u>. The child care staff estimates that Darrin has attacked
other children approximately 90 times. This number is based on the fact
that he raged three times per day over a period of one month and each rage
included an attack.

    <u>Threat to Self</u>.

1. When he is restrained by the group, Darrin tries to smash his head on the
   floor, repeatedly bouncing it on the floor. During one of his rages, he
   ran into his room and deliberately ran his head into the edge of the
   closet, causing him severe pain.
2. Daren has stated he wants to kill himself. He has forced himself to vomit,
   and he often smashes his hand into his head.

    <u>Threat to Others</u>. During one of his rages, Darrin turned over the dinningroom
table on three of his group members. He has threatened "to kill" one of the
members of our staff, and he has threatened to kill or hurt fellow group members
when he rages.



SIDENTIAL TREATMENT • CONSULTATION • OUTPATIENT COUNSELING • FAMILY LIFE EDUCATION • UNMARRIED PARENTS • FOSTER FAMILY CARE • ADOPTIC

page 2
Darrin Shather con't
Case: 1:12-cv-00047 Document #: 1-3 Filed: 01/04/12 Page 70 of 80 PageID #:211

<u>Hurt Inflicted on Others.</u>  Darrin kicked Thomas M. on two occasions in the knee - one of these caused Tom to go to the hospital.  His knee was badly swollen.  (The doctor said it was almost dislocated).  Tom's knee is now in a cast.

He has also pulled other boys hair, has bit several of his group members and has kicked John H. in the leg.

Overall, Darrin's behavior has been very primitive during his rages.  He frequently pulls hair, bites fellowgroup members, kicks fellow group members, and screams.

It is our recommendation that Darrin be removed from our program as soon as possible!  Although we must give you ten days to honor our contract agreement, we definitely feel it would be in Darrin's best interest and in the group's best interest for his termination to happen as soon as possible.  We have tried to reach you by telephone to inform you of his progress during his brief stay here.

We strongly recommend a program which is geared towards the emotional needs of a much younger child.  He simply is not mature enough to function in our group of boys - average of 16.  We feel he can be helped best in an individual oriented program, possibly a behavior modification program.  The positive peer program for <u>younger</u> boys at Arden Shore may also be helpful.  He has not been able to function in a group of older teenage boys.

In our case, Darrin's needs were so overwhelming that he was a danger to himself and certainly to his fellow group members.  We see him as a seriously disturbed little boy who has never learned to accept limits or structure from adult figures.  As I stated on the phone, his behavior resembles that of a raging toddler - not an almost 13 year old young man.

Even though you are going on vacation, we are confident that you and your supervisor will have a new placement for Darrin at the earliest possible moment. It has not been therapeutic for him or his group to be a part of Sunny Ridge at this time.  He has, in fact, been seperated out form the other boys for much of his time so that the other boys can be helped without his continual  rages and distractions.

We look forward to hearing from you.

Sincerely,

*Arlene N. Betts*

Arlene N. Betts, A.C.S.W.
Director of Social Services

*Larry G. Betts, ACSW*

Larry G. Betts, A.C.S.W.
Executive Director



**ARDEN SHORE  home for boys**

P.O. Box 278  Lake Bluff, Illinois 60044  (312) 234-1730

July 30, 1980

Ms. Gail Goldberg
Department of Children & Family Services - Central Intake
2020 West Roosevelt Road
Chicago, Illinois

Re: Darrin Shatner
Birthdate: 07-12-67

Dear Parent or Guardian,

While in residence at Arden Shore, the above named student attends classes
on campus through the auspices of the Northern Suburban Special Education
District.  In order to comply with Illinois law regarding special education
it is necessary to have signed consent forms on file for each student.

In addition to those forms enclosed with this letter, you will find a form
giving us permission to request records from the student's former school
and one which will allow us to release records to the school the student
will transfer into after leaving Arden Shore.   There is also some infor-
mation included for your own records regarding special education.

Please return the signed forms in the envelope provided at your earliest
convenience.  Thank you for your cooperation.

Yours truly,

*Sharon Bourdeau*

Sharon Bourdeau
School Secretary

Enc: 4

Licensed by the State of Illinois. Department of Children and Family Services
Approved by the Chicago Association of Commerce and Industry
Member Child Care Association of Illinois

70



# SUNNY RIDGE FAMILY CENTER

**Larry G. Betts, A.C.S.W., C.S.W., Executive Director**

2 S 426 Orchard Road
Wheaton, Illinois 60187
(312) 668-5117

CLOSING SUMMARY – DARRIN SHATNER
SOCIAL WORKER'S FINAL REPORT
August 29, 1980

## Reason for Referral:

Darren was referred to Sunny Ridge by D.C.F.S. for admission on June 17, 1980. He had been previously admitted to the ARden Shore Day Program on June 19, 1979 because of school and community based problems that included lying, stealing, and aggravating and abusive behavior. He had a low self-concept and refused to do academic work both at home and at school. While in the Arden Shore Program, Darrin exhibited many strengths and made some firm gains and insight into his own behavior, but continued to show problems within the community. It became apparent that Darrin may have often been without good supervision in the home, and the parents were inconsistent in their attendance in weekly parents' meetings while he was in the day program. Because of Darrin's increasing involvement in community problems, and because of the parental inability to adequately supervise and control him at home, it was deemed best that he be put in residential placement. It was felt at that point that a positive peer culture program would be helpful to him, and he was referred to Sunny Ridge.

## Group Participation:

Darrin remained at Sunny Ridge until July 29, 1980, and showed considerable trouble in adjusting to his placement at Sunny Ridge, and to being in a group situation on a 24 hour a day basis. He raged on the average of three times a day, and often in the process of a rage, attacked others, threatened himself, and did bodily harm to himself, to others. He has also frequently threatened staff and other group members. On one occasion he kicked another group member, necessitating a trip to the hospital by that group member for x-rays. Darrin tends to deny the seriousness of this behavior and even to deny the fact that he was involved in these incidents, and has accused a staff member of being abusive towards him. This behavior continued and was so disruptive to the group process and so inhibited other group members from getting help with their own problems, that Darrin was removed from the group, given individual attention by the staff until he could be placed elsewhere.

## Individual and family treatment:

Darrin had two individual treatment sessions and one family session during his stay at Sunny Ridge. In the individual counseling session he seemed to respond well, was able to maintain better controls when relating on a one-to-one basis, although he appeared quite immature (there was a great deal of magical thinking in the content of his communications), and seemed to want to use the session not to gain knowledge about himself, but in order to get individual attention from an adult. In the family session, he used the time to complain manipulatively about Sunny Ridge, the program, and the staff, attempting to engage his parents to take his side so that he would not have to deal with his own behavior. The parents were not willing to do this, understood the frustrations of the group and the staff, but were also justifiably concerned over whether staff would be loosing control of their tempers. At one point during Darrin's last few weeks at Sunny Ridge, he ran away and was returned the next day by his parents.

SIDENTIAL TREATMENT • CONSULTATION • OUTPATIENT COUNSELING • FAMILY LIFE EDUCATION • UNMARRIED PARENTS • FOSTER FAMILY CARE • ADOPTI

71

**Recommendations:**

On July 18, 1980, a letter was sent from Sunny Ridge to D.C.F.S. requesting Darrin Shatner's dismissal from the Sunny Ridge residential program within 10 days. It was recommended at that time that Darrin be placed in a program which was geared towards the emotional needs of a much younger child because he is not mature enough to function in a Sunny Ridge group of boys whose average age is 16. It was recommended that he might function better in an individually oriented program, possibly a behavior modification program. In addition it was felt that perhaps a positive peer program for younger boys would be helpful.

Darrin was discharged from the Sunny Ridge program on July 29, 1980.


_____          8-13-80
Dorothy P. Miller, M.S.W.                   date
Social Worker


_____
Arlene N. Betts, A.C.S.W.
Director, Social Services



DPM/las



**ARDEN SHORE home for boys**
P.O. Box 278 Lake Bluff, Illinois 60044 (312) 234-1730

September 3, 1980

Ms. Gail Goldberg
Department of Children & Family Services
2020 West Roosevelt Road
Chicago, Illinois  60608

Re: Darrin W. Shatner
b. 07-12-67

Dear Ms. Goldberg:

This is Darrin's first progress letter since entering Arden
Shore on July 29, 1980.

As Darrin's group leader, I see him as a young man who knows
what is happening in the group and has given his group some
dynamite help.  But often Darrin will choose to be easily mis-
led instead of using his strength to help the group and himself.
What is going to help his group, Darrin giving support to group
members or Darrin hiding in a closet instead of supporting his
group?

Darrin was not in school much since his placement.  One reason
was that the group was not in school due to summer vacation.
Another reason was Darrin ran away rather than help his group
and to attend school.  What is Darrin going to do once the new
semester begins?

In the dorm, staff see Darrin wasting a lot of time blaming
others for his problems instead of taking responsibility for
his own actions.  Another way Darrin tries to escape responsi-
bility for his behavior is by trying to get others to feel
sorry for him by faking tears or by laying a "poor me" trip
on others.  Using Darrin's way of escaping responsibility, it
seems that Darrin shouldn't be in here, but his parents, teachers
and the police should.

After hearing Darrin's life story, the group assigned him the
following problems: authority, aggravates others, easily angered,
easily misled, lying, fronting, drug and alcohol abuse and steal-
ing.  The group says Darrin can give good help when he doesn't
give up and refuse to handle his responsibility of helping his
group.  Darrin will often act like he is frustrated in order for
the group to focus their attention on him.  The group says Darrin
often acts like a spoiled little boy.

Licensed by the State of Illinois Department of Children and Family Services

Approved by the Chicago Association of Commerce and Industry

Member Child Care Association of Illinois

73

To: Ms. Goldberg   Re: Darrin Wayne Shatner   9/3/80 — page 2

When Darrin first came in, he said he would be pulled from
Arden Shore.  Darrin is still here.  Maybe Darrin should quit
waiting to be pulled and start doing something for himself so
he can get released.  To do this he will have to start listening
to his group's help instead of reacting to it.  This way he will
remember the help instead of showing the same problem within
five minutes of getting help on it.  This occurred three times
during the month.  Does this show Darrin is accepting his group's
help?

Darrin has been visited by his parents this month.  They feel
if Darrin works he can be released in a few months.  Will Darrin
be released if he threatens his mother like he did earlier in
the month?  Does it make Darrin feel big when he threatens his
mother?  Does Darrin enjoy laying guilt trips on his parents?
It seems Darrin plays a lot of games with his parents.  When is
he going to be for real with them?

Respectfully,

Edward Bellevage
Acting Group Leader

EB:nm

P.S.  Projected release date is April, 1981 to home of parents.

cc: P.O. Karen Brucks

74



**ARDEN SHORE home for boys**
P.O. Box 278 Lake Bluff, Illinois 60044 (312) 234-1730

September 30, 1980

Ms. Gail Goldberg
Department of Children & Family Services
2020 West Roosevelt
Chicago, Illinois 60608

Re: Darrin W. Shatner
b. 07-12-67

Dear Ms. Goldberg:

This is Darrin's second progress letter since entering Arden Shore's Lincoln group on July 29, 1980.

As Darrin's group leader, I see him as a group member who complains alot about his situation, but who does little to try to better it. When group members show problems, all of a sudden Darrin is "frustrated." Is Darrin really frustrated or does he just not want to be a part of the solution to the problem?

In school, the teachers report Darrin spends more time giving up than he does putting effort into getting an education. When Darrin does choose to try, he does make progress. However, a lot of Darrin's time in school is spent playing, cleaning out his desk or playing along with other group members when he is containing them. Darrin does have good capabilities. He needs to put forth honest effort using them to concentrate on his school work instead of expecting everything to be handed to him.

In the dorm, staff see Darrin giving good help when he isn't in one of his lazy moods. When Darrin doesn't want to be part of the solution, he will act like he is frustrated and give up. How can Darrin get frustrated when he isn't helping to begin with? When he is held accountable on this, he will throw a temper tantrum just like a five year old. Does Darrin want to be a baby the rest of his life? Darrin can act like an idiot in front of the whole group, but he says he can't talk to the whole group. Who does Darrin think he is fooling?

The group sees Darrin acting like a little baby if he can't get his own way. They say Darrin acts like he doesn't want to be a responsible young man, but wants to be a spoiled little boy his whole life. They say Darrin did a poor job of being dorm-work captain. It's like he wanted someone to do it for him. He will try to get back at group members by bringing up confidential stuff just like a five year old will tell mama what his sister did. The group wants Darrin to grow up because there won't be people to take care of him the rest of his life.

Licensed by the State of Illinois Department of Children and Family Services
Approved by the Chicago Association of Commerce and Industry
Member Child Care Association of Illinois

To: Ms. Goldberg    Re: Darrin Wayne Shatner    9/30/80-page two

Darrin says he wants to go to the Department of Corrections.
He treats it like a five year old will treat being sent to
his room.  Darrin needs to grow up fast and realize where he
is heading.  His group is trying to tell him, but is he listen-
ing?  It seems like Darrin sees saying he doesn't mind going
to the Department of Corrections like a five year old accepting
a dare to cross the street.  When is Darrin going to realize
that people aren't playing games with him?

Darrin has been visited by his parents this month.  They in-
formed him that they are splitting up.  Is Darrin talking about
his feelings over this or is he just using this to try to get
sympathy from his group?

                              Respectfully,

                              *Edward Bellevage*

                              Edward Bellevage
                              Acting Group Leader

EB:nm

P.S.  <u>Additions by the group:</u>
      Darrin tries very hard to laugh off the group's help
      and not take a look at it.
      Darrin often uses his parents to get what he wants
      or to get his way.
      Darrin often tries to get out of helping the group.
      Darrin often tries to pull guilt trips on the group.
      Darrin tries to use Arden Shore as a hideout.
      Darrin tells false feelings to hide real ones.
      Darrin will often lie to his parents about his progress.
      Darrin thinks that activities are more important than
      getting a release.
      The group changed Darrin's main problem to low self-image.

      Darrin's projected release date is March, 1981 to home
      of mother.


cc: P.O. Karen Brucks

| | | |
|---|---|---|
| ame: Darrin Shriner | Period from: | Sept. 1980 to: October 1980 |
| roup: Lincoln Group | Grade level: (if appropriate) | |
| ourse | | Grade |

**M A T H** — INCOMPLETE

Darrin would rather front dumb, play, or help others rather than help himself in math. Darrin needs to complete 5 more assignments to earn a grade.

**E N G L I S H** — D

Darrin chose to waste time in completing simple assignments. This greatly slowed his progress.

**P H Y S I C A L   E D U C A T I O N** — C

**C A R E E R   E D U C A T I O N** — INCOMPLETE

Darrin helped to earn an incomplete by trying to get attention by aggravating or humoring the group. (Is Darring laughing now? The group needs to complete 8 more lessons and one field to earn a grade.

**R E M E D I A L** — INCOMPLETE

Group members need to complete at least 15 assignments before a grade can be given.

ATTITUDE:

COMMENTS:

_____  Student

_____  Teacher

_____  Principal

77

## INCIDENT REPORT

A written incident or accident report is to be filed with the secretary within
12 hours in all cases of accident or serious misbehavior (injury, theft, assualt,
runaway, property damage).  The typed report is to be distributed to the file,
the group leader, nurse and the assistant director.

Name___Darrin Shatner___     Dorm___II-Lincoln___  Date_10/24/80_

Incident or accident:(time - what - where - how - who - etc.)

    Darrin ran from his group Friday morning around 10:30.
He returned later that day.

Action taken: Notification of group leader, administration, doctor or nurse,
parent, police, state caseworker, etc.)

    Group leader notified.

How was the group involved and how did it function?

    The group was unstable at this time.

Further action needed: (restitution, conference, petition, etc.)

    Darrin will need to talk about his feelings instead of trying
to run from them.  E. Bellevage, acting group leader

Remarks:    See log, page 42.

Please sign all incident reports.

                  Signed___Kay Pfeiffer, GCW I___

9/73

## TRANSFER SUMMARY

| | | | |
|---|---|---|---|
| Family Name: | Shatner, Dorothy & Donald | Date: | 10-24-80 |
| DCFS ID#: | X784-80-00 | DCFS Worker: | Goldberg, Gail |
| Child's Name: | Shatner, Darrin | Area/Field: | 2B26-North |
| Date of Birth: | 07-12-67 | Telephone #: | (312) 793-3246 |
| DCFS ID#: | X784-80-01 | | |

On May 16, 1980, Darrin Shatner was committed to DCFS on two petitions. The first petition is for burglary, stealing a bicycle. The second peition, is for theft, stealing about 2,000 worth of items from parents and going to Uptown and selling them. Father had gone down with a gun to get them back. Darrin was also into sniffing glue. Darrin was being detained at Audy Home.

On the day of hearing, Darrin was released from Audy Home and sent home with his parents. DCFS worker is planning to place Darrin in a residential treatment facility. Prior to Audy Home, Darrin was enrolled in Arden Shore Day School. There were some difficulties with this arrangement, because of the inconsistencies at home.

On 6-17-80, Darrin was accepted into Sunnyridge Home. Worker and mother were present at intake. 7-18-80, a letter was sent out from Sunnyridge to DCFS. requesting Darrin Shatners dismissal from there program within 10 days. It was recommended at that time that Darrin be placed in a program with was geared towards the emotional needs of a much younger child because he is not mature enough to function at Sunnyridge with a group of boys whose average age is 16. Darrin had shown considerable trouble in adjusting to his placement at Sunny Ridge, and to being in a group situation on a 24 hour basis. He raged on the average of three times a day, and often in the process of a rage, attacked others, and did bodily harm to himself.

On 7-29-80, Darrin was released from program. He was then brought to DCFS by Sunnyridge worker. On that same day Darrin was accepted into the Arden Shore residential treatment program. Darrin was upset and almost hysterical about staying at Arden Shore. He knew the program from attending school there. Darrin stated that he hated program and did not want to stay. We informed him that he did not have a choice. When Darrin first arrived, he said he would be pulled out of program. But eventually he settled into program, reluctantly accepting the guidelines.

Darrin is viewed as a spoiled little boy, who refuses to take on responsibility. Though he does have some good strengths and capabilities. He has given his group some support, but needs to make more effort.

Recommendations:

Darrin has been visited by his parents on a monthly basis. They feel that if Darrin works out in program, he can be released by April 1981. His parents are splitting up which would leave Darrin to go with his mother.