CASE NO. _____12 cv 47_____

ATTACHMENT NO. _____7_____

EXHIBIT _____

TAB (DESCRIPTION) _____

**EXHIBIT K**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | )    SS |
| COUNTY OF COOK | ) |

## AFFIDAVIT

MARSHALL HARTMAN, being first duly sworn upon oath, deposes and states as follows:

1.      Affiant is the Deputy Defender of the Capital Litigation Division (CLD) of the Illinois State Appellate Defender.

2.      Affiant has read the motion to reinstate and continue the proceedings involving Mr. Darrin Shatner, and this motion, insofar as it relates to the issue of funding for experts, is true and correct.

3.      Specifically, CLD funding is approved by the Illinois legislature for the fiscal year commencing July and ending June 30. A portion of CLD funding is used to pay for the services of experts. CLD is without funds with which to pay such experts for the remainder of the current fiscal year.

4.      In addition, Illinois law prohibits CLD from paying experts for services rendered in one fiscal year with funds authorized for our use in a different fiscal year. Thus, we are prohibited by law from using next year's funding to pay for expert services rendered in the current fiscal year.

     FURTHER AFFIANT SAYETH NOT.

Marshall J. Hartman

Subscribed and sworn to before
me this 11 day of May, 1998.

Notary Public

```
"OFFICIAL SEAL"
Pamela J. Bremer
Notary Public, State of Illinois
My Commission Expires 12/12/98
```

**EXHIBIT L**

CENTRAL PROFESSIONAL          8157257166          P.02

## VITA

### MICHAEL MAYER GELBORT

Neuropeychological
Consultation Services, P.C.
Suite 320, 401 E. Illinois St.
Chicago, Illinois  60611
(312) 321-9406

P.O. Box #437
Highland Park, Illinois 60035
(312) 433-9431

### Education

Post-Doctoral Fellowship, Medical Psychology.  1984 – 1985.
      Rehabilitation Institute of Chicago.

Ph.D.,    Clinical Psychology (APA approved program), August, 1984.
        Department of Psychology. Texas Tech University, Lubbock, Texas.
        Minor:  Applied Neuropsychology

B.A.,    Double Major:  Psychology and General Sciences, with Honors.
        May, 1977.  Grinnell College, Grinnell, Iowa.

### Clinical Experience

**CLINICAL AND NEUROPSYCHOLOGIST, PRIVATE PRACTICE**

Chicago Area, Illinois.  1989 – present.

Neuropsychological evaluations and consultation practice to hospitals and office patients.  Clinical consultations, evaluation, and interventions.

**CHIEF PSYCHOLOGIST DIRECTOR, PSYCHOLOGICAL SERVICES**

The Institute for Rehabilitation and Research, 1985 – 1989

Responsible for providing the psychological services required by patients in the Head Injury and Stroke Programs in particular and the needs of spinal cord injured, multiple sclerosis, amputee, pain, and other disabled patients in general in a major regional rehabilitation hospital.  Duties included both neuro-psychological and personality assessment, treatment planning, treatment, and consultation to the Inter-disciplinary Treatment Team.  Patients served included both inpatients and outpatients in each phase of rehabilitation.  The position included administrative duties, program development, and research involvement. Department had three Ph.D. level psychologists, two psychometrists, and support personnel.

## Michael Mayer Gelbort

**CLINICAL ASSISTANT PROFESSOR**
Baylor College of Medicine, Department of Rehabilitation. 1985 - 1989.

**PRIVATE PRACTICE**
Houston, Texas. 1986 - 1989.

Evaluation and treatment of outpatients and inpatients in a private practice setting. Patients most typically suffered from neurotic or characterological difficulties or had a physical disability. The practice also involved consultation to rehabilitation units in acute care hospitals and disability evaluation for a variety of referral sources.

**POST-DOCTORAL FELLOW IN MEDICAL PSYCHOLOGY**
Rehabilitation Institute of Chicago. 1984 - 1985.

Provision of psychotherapy and counseling to spinal cord injured, head injured, and amputee patients and their families in both inpatient and outpatient settings. Member of an Interdisciplinary Team charged with coordination and provision of rehabilitative treatment. Responsible for ordering and interpreting Neuropsychological assessment batteries.

**FACULTY APPOINTMENT: LECTURER STATUS**
Northwestern University Medical School; Department of Psychiatry and Behavioral Sciences. 1984 - 1985.

Lectured and performed supervision of doctoral students in Northwestern University's Medical School program in Clinical Psychology. Lectured Northwestern University medical students. Member of Admissions Committee group responsible for rating application materials of those applying for admission to the Doctoral Program in Clinical Psychology.

**NEUROPSYCHOLOGICAL CONSULTANT**
From the Department of Psychology to the Department of Medical-Surgical Neurology. Texas Tech University School of Medicine. 1982 - 1984.

Administration and interpretation of neuropsychological screening and complete batteries as referred by two neurosurgeons and two neurologists in a major regional teaching hospital. Techniques included both Halstead-Reitan and Lurian batteries, as well as an extensive number of other assessment measures. Patients were both inpatients and clinic outpatients and ranged from one to ninety years of age. The test batteries were idiographically designed to answer questions regarding range and extent of dysfunction and rehabilitation placement.

## Michael Mayer Galbert

| | |
|---|---|
| **NEUROPSYCHOLOGICAL CONSULTANT** | Texas Rehabilitation Commission, Lubbock, Texas. 1983 - 1984.<br><br>Administration and interpretation of approximately forty-five Luria-Nebraska Neuropsychological Batteries and additional academic achievement tests to college age students being evaluated for the diagnosis of learning disability. |
| **PSYCHOLOGY INTERN** | Milwaukee County Mental Health Complex (APA approved), Milwaukee, Wisconsin, 1981 - 1982.<br><br>Administration and interpretation of psychological test batteries on a wide spectrum patient population; provision of inpatient and outpatient psychotherapy to adults and children; performance of intake interviews and assessments; attendance at and presentation of seminars |
| **PSYCHOLOGIST** | Developmental Disabilities Center, Texas Tech University, Lubbock, Texas, 1980 - 1981.<br><br>Assessment of developmental delays and psychological/neuropsychological functioning of newborns to three-year-olds; input to a Multidisciplinary Team; Clinic Administrator and administrator/interpreter of psychological assessments for Screening Clinic for school-age children; coordinator of feedback and recommendations to parents; language learning disability evaluator. |
| **STUDENT THERAPIST** | Texas Tech University Psychology Clinic, Texas Tech University, Lubbock, Texas, 1977 - 1981.<br><br>Provision of outpatient psychotherapy, as well as performance of intellectual and personality assessments to adults and children. |
| **RESIDENTIAL LIVING SUPERVISOR** | Lubbock Regional MH/MR Center, Transitions II Halfway House, Lubbock, Texas, 1979 - 1981.<br><br>Employed interpersonal interventions and behavioral modification programs to aid newly released prisoners and parolees reintegrate into community living. Participated in administrative decision making and program development. |

Michael Mayer Gelbort

<table>
<tr><td>STUDENT THERAPIST<br>SUPERVISOR</td><td>Texas Tech University Psychology Clinic, Texas Tech University, Lubbock, Texas, 1981 - 1982.<br><br>Provision of individual supervision to second year practicum students on their outpatient cases. This experience was supervised by a faculty psychologist.</td></tr>
<tr><td>PSYCHOLOGY<br>EXTERNSHIP</td><td>V.A. Mental Hygiene Clinic, Lubbock, Texas, 1980 - 1981.<br><br>Provision of psychotherapy and psychological assessment to outpatient veterans.</td></tr>
</table>

## Research

A Neuropsychological Investigation of Two Subtypes of Dyslexia in College Students.  Doctoral dissertation completed June, 1984.

A Brief Lurian Evaluation for Hospital Use with Head Trauma Victims. Unpublished, performed in cooperation with J. Thomas Hutton, M.D.

The Rey Complex Figure Test:  Does it Really Measure Visual Memory? Under revision, to be submitted to the Journal of Clinical and Experimental Neuropsychology, August, 1990.

Functional Electrical Stimulation in Multiple Sclerosis Patients with Chronic Foot Drop.  Paper co-authored with E. Simon Sears, M.D. Presented at the 111th Annual Meeting of the American Neurological Association, October 6, 1986.

## Presentations

Psychological Issues and Rehabilitative Treatment of Patients with Amputations.  Continuing Education Course, Rehabilitation Institute Chicago, 1984.

Incidence of Closed Head Injury in Spinal Cord Injured Patients. Spinal Cord Injury Conference, Chicago, 1985.

Contracting with Patients and Perspectives on the Rehabilitative Process. Continuing Education Courses, The Institute for Rehabilitation and Research, Houston, 1985, 1986, 1987, 1988.

## Michael Mayer Gelbort

Rehabilitation Options in Texas. Presented at the 1987 Texas Head Injury Foundation state meeting. Houston, 1987.

Professional Support Group: Current Issues. Presented at the 1988 Texas Head Injury Foundation state meeting, Austin, 1988.

Psychological Issues in Rehabilitation of Traumatically Injured Persons. Presented at the First Annual Seminar on Rehabilitation for the Clergy, Houston, 1988.

## Professional Affiliations

American Psychological Association,
    Student Affiliate, 1977 - 1980,
    Associate Member, 1980 - 1984,
    Member, 1985 -

International Neuropsychological Society,
    Member, 1985 -

American College of Rehabilitation Medicine,
    Member, 1986 -

American Association of Spinal Cord Injury Psychologists and Social
    Workers, 1987 -

## Certification and Licensure

Licensed Clinical Psychologist, State of Illinois, 071-004000

Licensed Psychologist, State of Indiana, 20040461

Certified and Licensed, State of Texas, #3237

Certified, National Register of Health Service Providers
    in Psychology, #35237

**EXHIBIT M**

# PROFESSIONAL VITA

Jonathan Louis Hess
Professor of Psychology
University of Illinois
Shepherd Road
Springfield, Illinois 62794-9243
Telephone 217/786-7222

Clinical Neuropsychologist
Maher Psychiatric Group, Ltd.
2651 Farragut Drive
Springfield, Illinois 62704
Telephone 217/793-9593
Telefax    217/793-6949

President/CEO
Maximum Gains
Pine Plaza
1500 S. 7th Street
Springfield, Illinois 62703
Telephone or Telefax
          217/529-4403

Home Address:
          2019 Hood Street
          Springfield, Illinois 62703
          Telephone 217/529-1247

**Academic Training:**

B.A.          1962          Liberal Arts
                            Wheaton College, Wheaton, Illinois

M.A.          1964          Psychology
                            Northern Illinois University, DeKalb, Illinois 60115

Ph.D.         1969          Neurobiology Program, Psychology Major
                            Purdue University, West LaFayette, Indiana 47907

Neuropsychology Postdoctoral Experience: Boston V.A. Hospital, 1977

**Honors and Awards**

Illinois Head Injury Association, Annual James Brady Award, 1993
          "In appreciation of his outstanding efforts to improve both public awareness of
          the silent epidemic and provision of vocational services by state agencies in
          Illinois with the goal of improving the quality of life for survivors of traumatic
          brain injury and their families"

Sangamon State University Foundation, 1993
          Creative work, videotape, "Who Are They Now" Understanding Traumatic
          Brain Injury

## Grants

Wrote the Neuropsychology section of two funded research grants to further study of Alzheimers Disease at the Southern Illinois University School of Medicine, joint effort between Neurology, Pharmacology, and Psychiatry, 1985-1986.

## Professional Positions

| | |
|---|---|
| Present | Professor of Psychology (tenured), University of Illinois at Springfield, Springfield, Illinois |
| Present | Adjunct Professor of Psychiatry, Southern Illinois University School of Medicine, Springfield, Illinois |
| 1973-1987 | Adjunct Associate Professor of Pharmacology, Southern Illinois University School of Medicine, Springfield, Illinois |
| 1969-1973 | Assistant Professor, Department of Behavioral Sciences, University of Connecticut, Storms, Connecticut |
| 1969-1970 | Visiting Assistant Professor, Wesleyan University, Middletown, Connecticut |
| 1964-1965 | Psychologist XV, Indiana Department of Mental Health, Education and Research, Evansville State Hospital, Evansville, Indiana |
| | Licensed Clinical Psychologist (071-002489), State of Illinois |

## Administrative Experience

| | |
|---|---|
| 1985-1990 | Director, Cognitive Rehabilitation Program, Memorial Medical Center, Springfield, Illinois |
| 1988-1992 | Director, Psychological Services, Department of Psychiatry, Memorial Medical Center, Springfield, Illinois |
| 1985-1991 | Chairman, Committee on Standards and Accreditations of the Illinois Department of Rehabilitation Services Task Force for Head Injury |
| 1991-Present | Member, Interagency Forum on Traumatic Brain Injury, State of Illinois |

## Administrative Experience (cont'd)

| | |
|---|---|
| 1987-1988<br>1981-1982<br>1974-1976 | School Personnel Committee, School of Health and Human Services, University of Illinois at Springfield, Springfield, Illinois |
| 1974-1977 | Coordinator, Psychology Program, Sangamon State University, Springfield, Illinois |
| 1986-1987<br>1981-1982<br>1974-1976 | Personnel Chairman, Psychology Program, Sangamon State University Springfield, Illinois |
| 1974-1975 | Director, Pilot Project in Gerontology, Sangamon State University, Springfield, Illinois |
| 1975<br>Summer | Interim Dean of Social Science, Sangamon State University, Springfield, Illinois |
| 1973-1974 | Interinstitutional Relations, Liaison Officer to the College of DuPage, DuPage, Illinois |
| | Psychology Program Subcommittee for NCA Accreditation |
| 1974-1975 | Member, Constitutional Convention, participated in the formulation of the current constitution at Sangamon State University |
| 1971-1973 | Ford Foundation's Venture Fund Advisory Committee: Dispensing funds for institutional improvement |
| | Venture Fund Subcommittee on Communication Skills: Research leading to the establishment of collegiate study skills center. |
| 1971-1972 | Member of Executive Committee, Department of Biobehavioral Sciences, University of Connecticut.  This committee was elected by the faculty. |

## Teaching Experience: Course Titles

Introductory Psychology (honors)
Advanced General Psychology
Foundations of Psychology
Introduction to Inferential Statistics
Experimental Methods in Psychology
Developmental Psychobiology

**Teaching Experience: Course Titles (cont'd)**

Child and Adolescent Psychology
Abnormal Psychology
Endocrinology and Behavior
Clinical Biopsychology
Neuropsychological Assessment
Psychology Colloquium

## Research Experience

Effects of infantile environmental, social and hormonal manipulations on emotional and endocrine characteristics of adults.

Verbal Learning and Memory

Creativity and Exploratory Behavior

Visual Discrimination Learning

Case studies in clinical practice, emphasis on cognitive and endocrine changes following brain damage (current)

Cognitive assessment and rehabilitation following cognitive and behavioral changes from head injury and other neurologic problems (current)

Mathematical Rehabilitation (current)

Alzheimer's Disease, cholinergic and cognitive processes (1985-1986)

Dementia among persons diagnosed with depressant (current)

## Clinical Practice

Adolescents and adults with cognitive and behavior changes secondary to known or suspected brain impairment

Geriatric Psychology

## Publications and Presentations

Hess, J. L. The effects of adaptation to the experimenter and the experimental situation on exploratory behavior in children. Master's Thesis, Northern Illinois University

Hess, J. L. & Simon, S. Extra-list intrusions in immediate and free recall as a function of associative strength in children. Psychological Reports, 1964, 14, 92.

Simon, S. & Hess, J. L. Supplementary report: Influences of inter-item associate strength upon immediate free recall in children. Psychological Reports, 1965, 16, 451-455.

DeLorge, J., Hess, J. L. & Clark, F. C. Observing behavior in the squirrel monkey in a situation analogous to human monitoring. Perceptual and Motor Skills, 1967, 25, 745-767.

Denenberg, B. H., Rosenberg, K. M., Paschke, R. E., Hess, J. L., Zarrows, M. X. & Levine, S. Plasma corticosterone levels as a function of cross species fostering and species differences. Endocrinology, 1968, 83, 900-902.

Hess, J. L., Denenberg, V. H., Zarrow, M. X. & Pfeiffer, W. D. Modification of the plasma corticosterone response curve as a function of stimulation in infancy. Physiology and Behavior, 1969, 109-111.

Hess, J. L. The effects of neonatal corticosteroid manipulations on adrenocortical activity. Doctoral dissertation, Purdue University, 1969.

Sze, P. Y. & Hess, J. L. Adrenocortical hormone as a mediating factor in ethanol-induced increase of brain ribosomal protein synthesis. Paper presented at Third Annual Meeting, Society for Neuroscience, 1973.

Hess, J. L. Genes and their nurture. In J. Rubinstein (Ed.), The study of behavior, Guilford, Connecticut: Dushkin Publishing Group, Inc., 1975, pp. 498-513.

Hess, J. L. Stress and anxiety. In J. Rubinstein (Ed.), The study of behavior, Guilford, Connecticut: Dushkin Publishing Group, Inc., 1975, pp. 482-497.

Hess, J. L., (Invited Symposium Chair): Dimitrof, M., Garron, D., Fox, J., & Teichmann, D. Clinical neuropsychology: Current state of the profession. Symposium for Illinois Psychological Association Meetings, 1980.

Hess, J. L. Brain damage and endocrine dysfunction. Poster session, Fifth Annual Meeting International Neuropsychological Society, 1981.

## Publications and Presentations (cont'd)

Hess, J. L. Psychological aspects of brain damage: Some special problems with closed head injuries. Invited address, Spring Conference, Illinois Occupational Therapy Association, 1983.

Hess, J. L. Antidiuretic hormone deficiency following head injury: case examples. Paper presented at Midwestern Neuropsychology Meetings, 1984.

Hess, J. L., & Dimond, R. E. Cognitive rehabilitation combined with psychotherapy. Paper presented at the Advanced Cognitive Rehabilitation Conference, National Head Injury Foundation & Lifestyle Institute, 1984.

Hess, J. L., & Dimond, R. E. Special problems of higher order head injured persons. Invited Keynote Address, Illinois Head Injury Association, 1984.

Hess, J. L. Advances in cognitive rehabilitation: their social and physical ecological implementation. Invited address, National Rehabilitation Association, Eastern Illinois Chapter, 1985.

Giacobini, E., Elble, R., Hess, J. L. & Becker, R. Cholinergic markers in human cerebrospinal fluid. Paper presented at the 17th Annual Meeting of the American Society for Neurochemistry, 1986.

Hess, J. L., & Dimond, R. E. Cognitive rehabilitation combined with psychotherapy II. Presentation to the Tenth Annual Meeting of the International Neuropsychological Society, 1986.

Hess, J. L., & Urbanek, M. Cognitive rehabilitation of mathematical skills: Concrete to abstract. Presentation to the Tenth Annual Meeting of the International Neuropsychological Society, 1986.

Hess, J. L., Couch, J. R., Dimond, R. E., & Havens, R. A. Post traumatic headache and cognitive rehabilitation therapy. Presentation for the American Association for the Study of Headache, 1986.

Ashford, J., W., Sherman, K. A., Elbe, R. J., Hess, J. L., Larson, L. S., Rey, P., Higgins, C., Best, S. V., Woodruff, E. M. & McIlhany, M. Physostigmine effect on human memory and plasma cholinesterase. Paper presented at the Ninth Annual Midwest Neurobiology Meeting, 1986.

Hess, J. L. Psychosocial changes following head injury. Invited panel discussant, Illinois Head Injury Association, 1988.

**Publication and Presentations (cont'd)**

Hess, J. L. Head Injury, what it is, what it isn't. What are mild, moderate and severe traumatic brain injuries? Invited address, Illinois Association of Rehabilitation Facilities, 1989.

Hess, J. L., Colliver, J. A., Antonacci, N. J. & Sutton, M. L. Informed vs. uninformed delayed recall following interference on the California Verbal Learning Test. Paper presented at the Eighteenth Annual Meeting of the International Neuropsychological Society, February, 1991.

Hess, J. L., Alderman, J. E., Lautemann, J. L. & Colliver, J. A. Investigations into auditory distractions during memory storage and retrieval on performance on the Revised Wechsler Memory Scales. Paper presented at the 12th Annual Meeting of the Midwestern Neuropsychology Group, May 1991.

Hess, J. L. Interpreting the Neuropsychological Evaluation. Invited address, 17th Annual Rehabilitation Update for the Insurance Industry: Optimizing Resources for the Severely Physically Disabled, September 1991.

Hess, J. L. Interpreting the Neuropsychological Evaluation, II. Invited Address, "Rehabilitation 92", Insurance Rehabilitation Study Group Educational Meeting, May 1992.

Betz, H. B., Hess, J. L., Raycraft, L. & Tanquary, M. J. Who are they now? Understanding traumatic brain injury (Videotape). Education & Training Center. Rehabilitation Institute of Chicago in collaboration with Midwest Regional Head Injury Center and the Illinois Department of Rehabilitation Services, 1992.

Hess, J. L. Neuropsychological Assessment, Functional Implications. Invited Address, Consensus Conference, Midwest Regional Head Injury Center, 1993.

Hess, J. L. Commonality within diversity: a perspective on traumatic brain injury. Invited Address, Illinois Association of Rehabilitation Facilities, 1994.


**Professional Organization**

American College of Forensic Examiners

American Neuropsychiatric Association

American Psychological Association, Member, Division 40, Clinical Neuropsychology

Brain Injury Association of Illinois, Professional Advisory Board

**EXHIBIT N**

IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS
COUNTY DEPARTMENT, CRIMINAL DIVISION

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) ) ) | NO. 91 - CR -2026 |
| v. | ) ) | |
| DARRIN SHATNER | ) | |

### AFFIDAVIT OF ALICE WASHINGTON

I, Alice M. Washington, being duly sworn, do hereby state the following under oath:

1. That I am currently employed as a Mitigation Specialist by the Captial Litigation Division of the Illinois State Appellate Defender's Office at 600 W. Jackson Blvd., in Chicago, Illinois.

2. That my duties consist of investigating, compiling, and analyzing potentially mitigating evidence for capital defendants.

3. That our office was appointed to Darrin Shatner's case on July 19, 1996.

4. That after several interviews with Mr. Shatner, as well as his family members, it wasn't until just recently they were able to supply our office with the necessary information to locate various documents needed to assist in the preparation of the mitigation report as well as the defense attorney's arguments.

5. That it wasn't until April, 1998, we began receiving said documents.

6. That the documents of receipt were limited to a partial file from each of the following agencies; Sunny Ridge Family Center, Convenant Children's Home, Arden Shore Home for Boys, Shelter Inc, Illinois Department of Children and Family Services.

7. That the role of the mitigation specialist is to assist the defense team by conducting a thorough investigation of the defendant's biopsychosocial developmental history. Such an investigation necessitates;
    a. that the mitigation specialist obtain and review all records related to the client, including but not limited to medical records, school records, social service agency records, employment records, military records, prison records, etc;

8. That because I have not yet received all of the necessary records, I have been able to prepare only a preliminary mitigation report.

9. That while this specialist has received various records, I am still awaiting the arrival of medical records from various hospitals where Mr. Shatner was treated for some of his injuries.

10. That I am still awaiting the arrival of school records from the Chicago Board of Education that was requested months ago and for which they are still searching their files.

11. That I have yet to receive the entire file from Sunny Ridge Family Center.

12. That I am still awaiting records from the Archdiocese pertaining to additional academic records from various Catholic schools Darrin attended.

13. That I am still awaiting medical reports from Ravenswood Hospital pertaining to Mrs. Shatner's delivery complications during Darrin's birth.

14. That I am still awaiting affidavits from various family members pertaining to Darrin's childhood.

15. That I am still waiting to review the trial attorney's file as it pertains to mitigation.

16. That I am still trying to locate records from the Military School Darrin attended in Wheaton.

17. That without a complete file containing all of the above records pertaining to Darrin Shatner, the mitigation report would be incomplete.


Further Affiant Sayeth Not,

Alice M. Washington
Forensic Social Worker/MCJ


Subscribed and Sworn to
before me this _12_ day
of May, 1998.

Notary Public

> "OFFICIAL SEAL"
> Pamela J. Bremer
> Notary Public, State of Illinois
> My Commission Expires 12/12/98

IN THE

In The United States District Court
Northern District Of Illinois
U.S. OF America. Ex Rel Eastern Division

Darrin Shatner B-42950  )

_____  )
Plaintiff,  )   Case No. _____

Vs.  )
  )
  )
Atchisen Michael  )
_____
Defendant

## NOTICE OF FILING/CERTIFICATE OF SERVICE

TO: The above Said           TO: _____
Court.                           _____
_____          _____
_____          _____

TO: United States District    TO: _____
Court, Northern District         _____
Of Illinois.                      _____
Eastern Division                 _____

PLEASE TAKE NOTICE that on 12-14, 20 11, I have placed the documents listed
below in the institutional mail at Menard CC Correctional Center, properly addressed
to the parties listed above for mailing through the United States Postal Service: Federal
Habeas Corpus/Motion For Stay and Abeyance.
With some Exhibits. more To add Later.

DATED: 12-14-2011          /s/ Darrin Shatner
                            Name: Darrin Shatner
                            IDOC#: B-42950
                            Address: Box 1000
                                     Menard, IL
                                     62259

OFFICIAL SEAL
JENNIFER CLENDENIN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES
10/5/2013

Subscribed and sworn to before me on this 14th day of Dec., 20 11.

Jennifer Clenden
Notary Public

Nov 21, 2011   11:38 AM