could have prohibited the imposition of the death penalty, affiant would not have waived his right to a jury.

FURTHER AFFIANT SAYETH NOT.

*Darrin Shatner*
Darrin Shatner

Subscribed and sworn to
before me this __7__ day
of May, 1998.

*Colleen A Rennison*
Notary Public

"OFFICIAL SEAL"
COLLEEN A. RENNISON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6/28/98




# BEAUTIFUL BRAINS

BY DAVID DOBBS   PHOTOGRAPHS BY KITRA CAHANA

Moody. Impulsive. Maddening. Why do **TEENAGERS** act the way they do? Viewed through the eyes of evolution, their most exasperating traits may be the key to success as adults.

Caught in the mirror of her parents' truck, 12th grader Amy "Dandillion" Olsen waits at a light in downtown Austin, Texas.



**STANDING ON THE SPRAINED ANKLE** that kept him in rehab for weeks, Trojans running back and team co-captain Connor Sheehan had a choice: risk another injury or sit out what could be the first play-off victory in the history of Anderson High School in Austin—the city where *National Geographic* followed the lives of teens last fall. He chose to play and he reinjured his ankle. Research suggests that, compared with adults, teens value rewards more than consequences. The Trojans won the game, and Sheehan hopes to play at Harvard this fall.

Case: 1:12-cv-00047 Document #: 18-3 Filed: 05/04/12 Page 4 of 4 PageID #:643

Jan 25. 2012  1:55 PM