

**CRACKING JOKES IS PART OF** the daily repartee between Deborah Kipp and her daughter, Anastassia. The 18-year-old considers her mom a role model, always there and never bossy. Neuroscientist B. J. Casey, known for her work on the adolescent brain, notes: "The last thing you want to tell your teenager is what to be interested in, because then they'll go as far from it as possible." And there's nothing wrong if the teenager questions the parent's beliefs. That's normal and healthy: it helps a teen develop a sense of identity.

Think of it as an equation, says psychologist Laurence Steinberg, where consequences aren't given the weight they should be. And when teens are around friends, that throws off the equation even more.

DECISIONS, DECISIONS Cars and parties, first cigarettes and first dates, school demands and free time—teens encounter risks both large and small every day, and their choices can be puzzling at times.