# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that, pursuant to the Executive Committee Order entered on December 30, 2014, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable John Robert Blakey; therefore

IT IS HEREBY ORDERED that the attached list of 306 cases be reassigned to the Honorable John Robert Blakey.

IT IS FURTHER ORDERED that this order shall become effective on January 15, 2015.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this __15th__ day of January, 2015

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Marvin E. Aspen

| | |
|---|---|
| 1:12-cv-04840 | PNC Bank v. Dalan/Midco/BPD HP, LLC, et al. |
| 1:13-cv-02421 | Montjoy v. Gallardo, et al. |
| 1:13-cv-08895 | Libby v. Lowe, et al. |
| 1:14-cv-03416 | Montenegro v. Cook County Juvenile Probation and Court Services Administration, et al. |
| 1:14-cv-04104 | Malagon v. Particulate Solid Research, Inc. |
| 1:14-cv-04284 | Rios v. KARD Protection Group, Inc., et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Elaine E. Bucklo

| | |
|---|---|
| 1:11-cv-04482 | Williams v. Wexford Health Sources Inc., et al. |
| 1:13-cv-00706 | McGhee v. Lemke, et al. |
| 1:13-cv-05330 | Banks, et al. v. Rogers, et al. |
| 1:13-cv-08378 | Harris v. FedEx Freight, Inc., et al. |
| 1:14-cv-01022 | Goodman v. Hangtime, Inc. |
| | 1:14-cv-01252    Salam v. Hangtime, Inc. |
| 1:14-cv-02901 | Snow v. Vision Financial Services, Inc. |
| 1:14-cv-04613 | Torres v. Guy Scopelliti Original Landscaping Co., Inc. |
| 1:14-cv-05483 | Davis v. Varley, et al. |
| 1:14-cv-06446 | Rosen v. Spirit Airlines, Inc. |
| 1:14-cv-06784 | Trustees of the Chicago Painters and Decorators Welfare Fund v. Hard Surface Finishers, Inc. |
| 1:14-cv-09078 | J & J Sports Productions, Inc. v. Rodriguez, et al. |
| 1:14-cv-09873 | Hill v. Kendra Lake Towing |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Rubén Castillo

| | |
|---|---|
| 1:12-cv-07052 | Netherland Insurance Co., et al. v. Bank of America |
| 1:14-cv-03887 | Cardenas v. First Midwest Bancorp, Inc., et al. |
| 1:14-cv-05362 | Bond, et al. v. City of Chicago, et al. |
| 1:14-cv-08310 | Mensah v. Blitt & Gaines, P.C., et al. |
| 1:14-cv-08959 | Sawyer v. Vivint, Inc. |
| 1:14-cv-09770 | J & J Sports Productions, Inc. v. Mucerino, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Edmond E. Chang

| | |
|---|---|
| 1:12-cv-00047 | Shatner v. Williams |
| 1:13-cv-01029 | Allied Waste Transportation, Inc. v. Bellemead Development Corp. |
| 1:13-cv-06111 | Hanks, et al. v. Dart, et al. |
| | 1:14-cv-03329  Hanks v. Moreci, et al. |
| 1:14-cv-00974 | Espinoza, et al. v. National Railroad Passenger Corporation |
| 1:14-cv-03209 | Brown v. Williams, et al. |
| 1:14-cv-05033 | Gayden v. Dart, et al. |
| 1:14-cv-06217 | Allen v. City of Chicago, et al. |
| 1:14-cv-07205 | Alejandre, et al. v. City of Chicago, et al. |
| 1:14-cv-08120 | First American Bank, et al. v. RBS Citizens, N.A., et al. |
| 1:14-cv-08768 | Abusara v. Rodriguez, et al. |
| 1:14-cv-09794 | J & J Sports Productions, Inc. v. Lee |
| 1:14-cv-10085 | Nantelle, et al. v. Meridian Financial Services, Inc. |


List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Sharon Johnson Coleman

| | |
|---|---|
| 1:11-cv-01324 | Mori v. East Side Lenders LLC, et al. |
| 1:12-cv-02146 | United States of America, et al. v. Mobile Doctors USA, L.L.C., et al. |
| | 1:13-cv-01490  The United States of America, et al. v Lake MI Mobile Doctors, P.C., et al. |
| | 1:14-cv-04581  Kaufman v. Mobile Doctors Management, LLC, et al. |
| 1:13-cv-01665 | U.S. Bank National Association v. Diaz, et al. |
| 1:13-cv-05659 | Meadows v. Popeyes Louisiana Kitchen |
| 1:13-cv-08747 | Malone v. Securitas Security Services, et al. |
| 1:14-cv-02399 | James McHugh Construction, Co. v. International Fidelity Insurance Company |
| 1:14-cv-03457 | Mitchell v. City of Elgin, et al. |
| 1:14-cv-04897 | Wagner v. Pomeroy IT Solutions, Inc. |
| 1:14-cv-06397 | Williamson v. City of Chicago, et al. |
| 1:14-cv-07557 | Dallas Buyers Club, LLC. v. Does 1-15 |
| 1:14-cv-08481 | Rinos Distributors, Inc. v. Lasso |
| 1:14-cv-09575 | Salem v. Johnson, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. John W. Darrah

| Case Number | Case Name |
|---|---|
| 1:12-cv-05175 | Daniels, et al. v. City of Chicago, et al. |
| 1:13-cv-02651 | Jones v. Dart, et al. |
| 1:13-cv-07988 | Manzanales v. Slavin, et al. |
| 1:14-cv-00640 | Albanese, et al. v. Wasilenko, et al. |
| 1:14-cv-01141 | Malibu Media LLC v. Doe, subscriber assigned IP address 50.158.111.136 |
| 1:14-cv-02779 | O'Dell v. PepsiCo, Inc., et al. |
| 1:14-cv-04368 | Chance v. Brack, et al. |
| 1:14-cv-05692 | Gardner v. Illinois Student Assistance Commission |
| 1:14-cv-06880 | Sallis v. Harrington, et al. |
| 1:14-cv-07816 | Finch v. Real Page, Inc. |
| 1:14-cv-08936 | Malibu Media LLC v. Doe, subscriber assigned IP address 24.13.130.8 |
| 1:14-cv-09781 | Malibu Media LLC v. Doe |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Samuel Der-Yeghiayan

| Case Number | Case Name |
|---|---|
| 1:12-cv-09564 | Clutch Auto Limited v. Navistar, Inc. |
| 1:13-cv-06391 | Harleysville Lake States Insurance Company v. Lancor Equities, Ltd., et al. |
| 1:13-cv-08812 | Bodum USA, Inc. v. Bed Bath & Beyond, Inc. |
| 1:14-cv-01572 | Westfield Insurance Company v. National Decorating Service, Inc., et al. |
| 1:14-cv-03663 | Central States, Southeast and Southwest Areas Pension Fund, et al. v. Sidney Truck & Storage, Inc., et al. |
| 1:14-cv-08004 | BBCN Bank v. Woo Lae Oak, Inc. Chicago, et al. |
| 1:14-cv-08108 | Gibson v. Wells Fargo Bank, N.A. |
| 1:14-cv-08530 | Sanders v. Dart, et al. |
| 1:14-cv-09370 | Zamudio v. Filter Technology, Inc. |
| 1:14-cv-09591 | U.S. Bank National Association v. Granat's First Count, Inc., et al. |
| 1:14-cv-09980 | Bulgari, S.p.A. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:14-cv-09988 | Milton v. Ferrara Candy Company, Inc., et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Robert M. Dow Jr.

| | |
|---|---|
| 1:09-cv-02481 | Holmes v. City of Chicago, et al. |
| 1:11-cv-08609 | Laborers' Pension Fund, et al. v. Paul Herrera Construction Company, Ltd., et al. |
| 1:12-cv-07638 | Trustees of the Glaziers, Architectural Metal and Glass Workers Local Union No. 27 Welfare and Pension Funds v. Arrow Glass & Door, Inc. |
| 1:13-cv-03863 | Board of Trustees of the Pipe Fitters Retirement Fund, Local 597, et al. v. Ind Construction Service, Inc., et al. |
| 1:13-cv-07465 | Bridgeport Pain Control Center, Ltd. v. MedPlus, Inc., et al. |
| 1:14-cv-01267 | Fitbit, Inc.v. Fitbug, Inc. |
| 1:14-cv-03290 | Hall v. The Board of Education of the City of Chicago |
| 1:14-cv-04825 | Harmon v. Metropolitan Life Insurance Company |
| 1:14-cv-06129 | Cannon v. Chinski |
| 1:14-cv-07245 | Hernandez v. City of Waukegan |
| 1:14-cv-08340 | Industrial Models, Inc. v. SNF, Inc. |
| 1:14-cv-09369 | Cohn v. Guaranteed Rate, Inc., et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Thomas M. Durkin

| | |
|---|---|
| 1:10-cv-03233 | Brodsky v. HumanaDental Insurance Company |
| 1:12-cv-04991 | Meagher, et al. v. Hoatson, et al. |
| 1:13-cv-00653 | O'Neal v. Shinseki |
| 1:13-cv-04624 | Window World of Chicagoland, LLC, et al. v. Window World, Inc., et al. |
| 1:13-cv-08592 | Colin v. Pfister, et al. |
| 1:14-cv-01767 | Kulek v. Lease Finance Group LLC |
| 1:14-cv-03883 | ACT, Inc. v. Cambridge Educational Services, Inc. |
| 1:14-cv-05152 | Barnett v. Board of Education City of Chicago |
| 1:14-cv-06538 | Able Home Health, LLC v. Cardiac Diagnostics, Inc., et al. |
| 1:14-cv-07841 | Davis v. Asset Acceptance, LLC |
| 1:14-cv-08941 | Malibu Media LLC v. Doe, subscriber assigned IP address 67.186.104.254 |
| 1:14-cv-09602 | Summers v. Blatt, Hasenmiller, Leibsker & Moore, LLC |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Sara L. Ellis

| | |
|---|---|
| 1:12-cv-01906 | Anthony Marano Company v. J & S Produce Corp., et al. |
| 1:12-cv-07962 | Armstrong v. BNSF Railway Company |
| 1:13-cv-00188 | Marshall, et al. v. The Boeing Company, et al. |
| | 1:13-cv-07860   Ryszko, et al. v. Polskie Linie Lotnicze Lot S.A. |
| | 1:13-cv-08507   Saunier, et al v. The Boeing Company, et al. |
| 1:13-cv-01844 | The International Brotherhood of Teamsters Union Local No. 710 Pension Fund, et al. v. The Bank of New York Mellon Corporation |
| 1:13-cv-03756 | Duffer v. United Continental Holdings, Inc., et al. |
| 1:13-cv-04860 | Rogers v. North Middle School District 45, et al. |
| 1:13-cv-06436 | Halley v. Aetna Life Insurance Company |
| 1:13-cv-08629 | Jucha v. City of North Chicago, Illinois |
| 1:14-cv-01045 | Sederholm v. Mumford, et al. |
| 1:14-cv-01996 | Miller v. Cook County, et al. |
| | 1:14-cv-01407   Miller v. County of Cook, et al. |
| 1:14-cv-02883 | Hartford Casualty Insurance Company v. Karlin, Fleisher & Falkenberg, LLC, et al. |
| 1:14-cv-03465 | Gonzalez v. Pfister, et al. |


List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Gary Feinerman

| | |
|---|---|
| 1:12-cv-07240 | Hill, et al. v. Wells Fargo Bank, N.A., et al. |
| 1:13-cv-04336 | 7421 W. 100th Place Corp. v. Village of Bridgeview |
| 1:13-cv-06219 | McLemore-Jordan v. Wells Fargo Bank, N.A. |
| 1:13-cv-07531 | Sheet Metal Workers Local 265 Welfare Fund, et al. v. Fortin |
| 1:13-cv-08947 | Khan v. John Stroger of Cook County Hospital |
| 1:14-cv-02363 | Liberty Mutual Insurance Co, et al. v. First Health Group Corp, et al. |
| 1:14-cv-03876 | United States of America v. Ladany |
| 1:14-cv-05270 | Loving v. Chicago Police Department |
| 1:14-cv-06543 | Barnes v. Godinez, et al. |
| 1:14-cv-07519 | Ramirez v. Perez, et al. |
| 1:14-cv-08563 | Malibu Media LLC v. Doe, subscriber assigned IP address 50.158.134.226 |
| 1:14-cv-09539 | Khan v. Midwestern University |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Robert W. Gettleman

| | |
|---|---|
| 1:12-cv-02986 | Eaves v. Village of Dolton, et al. |
| 1:13-cv-03975 | United States of America v. Funds in the amount $182,074.65 seized from JP Morgan Chase Bank Account No. XXXXX 9280, et al. |
| 1:13-cv-07626 | Ortiz v. USA, et al. |
| 1:14-cv-00601 | Munoz v. C.C.D.O.C., et al. |
| 1:14-cv-02305 | Bryant v. BNSF Railway Company |
| 1:14-cv-03407 | True 52 Productions LLC, et al. v. Styron |
| 1:14-cv-05131 | Costa v. People of the State of Illinois, et al. |
| 1:14-cv-07754 | Gray v. LTD Financial Services I, Inc. |
| 1:14-cv-08492 | Lange v. Jewel Osco |
| 1:14-cv-09278 | PNC Bank, National Association v. Wilbur, et al. |
| 1:14-cv-09790 | Trustees of the Cement Masons Pension Fund, Local 502, et al. v. Ruane Construction, Inc. |
| 1:14-cv-09963 | Bell, et al. v. Dart, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Joan B. Gottschall

| | |
|---|---|
| 1:12-cv-09134 | Bester, et al. v. United States of America |
| 1:13-cv-06698 | Laborers' Pension Fund, et al. v. W.R. Weis Company, Inc. |
| 1:14-cv-01759 | Belcher v. The City of Chicago, et al. |
| 1:14-cv-05072 | Illinois Department of Revenue v. United Central Bank, et al. |
| 1:14-cv-08118 | Lamkins, et al. v. Dressbarn, Inc., et al. |
| 1:14-cv-10126 | Griffin, et al. v. Shoe Time Cicero, Inc., et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Ronald A. Guzman

| | |
|---|---|
| 1:12-cv-00019 | Kendrick v. Carter, et al. |
| 1:13-cv-06835 | Republic Bank of Chicago v. Desmond |
| 1:14-cv-00169 | Citibank, N.A. v. Automart International Inc., et al. |
| 1:14-cv-02614 | Haley v. United Airlines, Inc. |
| 1:14-cv-04118 | Whitehead v. Harrington |
| 1:14-cv-05293 | Bahaa Ales v. Will County Jail, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. James F. Holderman

| | |
|---|---|
| 1:13-cv-01020 | Kestian v. Correctional Officer #1, et al. |
| 1:13-cv-06593 | Wells Fargo Bank, National Association v. Renkas, et al. |
| 1:13-cv-09315 | Shumate v. City of Chicago, et al. |
| 1:14-cv-01416 | Van Noppen v. InnerWorkings, Inc., et al. |
| 1:14-cv-02306 | Chambers v. Menard, Inc., et al. |
| 1:14-cv-03581 | Brown v. Office of the Transitional Administrator, et al. |
| 1:14-cv-06676 | Harris v. The Office of the Chief Judge of the Circuit Court of Cook County, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Virginia M. Kendall

| | |
|---|---|
| 1:11-cv-05162 | Engelhard v. Wyeth Consumer Healthcare, Ltd., et al. |
| 1:13-cv-01354 | Walker v. Ghosh, et al. |
| 1:13-cv-04258 | Baez v. Target Corporation |
| 1:13-cv-06543 | Slysz v. CRW Taylor, et al |
| 1:13-cv-08819 | Cooney v. The Trustees of the Will County Carpenters, Local 174, Pension Fund, et al |
| 1:14-cv-05212 | Board of Trustees of the Automobile Mechanics' Local No. 701 Union and Industry Pension Fund v. Northwest Lincoln-Mercury, Inc., et al. |
| 1:14-cv-06076 | Sanchez v. Roekman, et al. |
| 1:14-cv-06849 | Ramirez v. Shine Restaurant Corp., et al. |
| 1:14-cv-07511 | Almeroth v. Johnson & Johnson, et al. |
| 1:14-cv-08226 | Gonzalez v. Assi Plaza Chicago, Inc. |
| 1:14-cv-08981 | Top Tobacco, L.P., et al. v. Fantasia Distribution, Inc. |
| 1:14-cv-09488 | Milazzo, et al. v. Windy City Limousine Company, LLC, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Matthew F. Kennelly

| | |
|---|---|
| 1:12-cv-03738 | Goldsmith v. Correct Care Solutions, et al. |
| 1:13-cv-05631 | Johnson v. City of Chicago Board of Education |
| 1:13-cv-08744 | Griffin v. Butler |
| 1:14-cv-02070 | Sawyer, MD v. Stericycle, Inc., et al. |
| 1:14-cv-03543 | Farmer v. Wal-Mart Stores, Inc. |
| 1:14-cv-04488 | Nieves v. The County of Cook, et al. |
| 1:14-cv-05598 | Green v. City of Chicago |
| 1:14-cv-06762 | Malibu Media LLC v. Doe |
| 1:14-cv-07527 | Greenwood v. Hewitt Associates, LLC, et al. |
| 1:14-cv-08346 | Manjarres v. BNSF Railway Company |
| 1:14-cv-09066 | Smith v. Fedex |
| 1:14-cv-09955 | Winston v. Dart, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Charles P. Kocoras

| | |
|---|---|
| 1:12-cv-02970 | Franklin, et al. v. Hardy, et al. |
| 1:13-cv-07242 | Jones, et al. v. Carter, et al. |
| 1:14-cv-02646 | Braman, et al. v. The CME Group, Inc., et al. |
| 1:14-cv-05198 | Laborers' Pension Fund, et al. v. Crossmark Site Utilities, Inc. |
| 1:14-cv-07503 | Dyer v. Sanford Kahn, Ltd |
| 1:14-cv-09214 | United Airlines, Inc., et al. v. Zaman |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. John Z. Lee

| | |
|---|---|
| 1:10-cv-02023 | Dugas-Filippi, et al. v. JP Morgan Chase & Co. |
| 1:12-cv-00238 | Moore v. Wilson, et al. |
| 1:12-cv-09612 | Bank of America, National Association v. LaSalle Commercial Mortgage Securities, Inc. |
|     1:13-cv-05605 | LaSalle Commercial Mortgage Securities, Inc. v. Bank of America N.A. |
| 1:13-cv-02916 | Muhammad v. City of Chicago, et al. |
| 1:13-cv-06680 | Gregory Kairson v. Doe |
| 1:14-cv-01406 | Lyles v. Gambine, et al. |
| 1:14-cv-03116 | Barnes v. Northwest Repossession, LLC, et al. |
| 1:14-cv-05139 | DeShazo v. Baneski, et al. |
| 1:14-cv-06245 | Vujovic v. Vorm |
| 1:14-cv-07670 | DePriest v. Clines, et al. |
| 1:14-cv-08674 | Federal Deposit Insurance Corporation v. Shah, et al. |
| 1:14-cv-09441 | Speers v. Chamberlain College of Nursing, LLC. |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Joan Humphrey Lefkow

| | |
|---|---|
| 1:12-cv-08511 | Laborers' Pension Fund, et al. v. P.S. Demolition, Inc., et al. |
| 1:13-cv-00898 | HSBC Bank USA, N.A. v. Sullivan, et al. |
| 1:13-cv-07346 | Slep-Tone Entertainment Corporation v. Elwood Enterprises, Inc. |
| 1:14-cv-03214 | Monaghan v. Invenergy, LLC |
| 1:14-cv-05866 | Intelio Technologies, Inc. v. Ryko Solutions, Inc. |
| 1:14-cv-08494 | Simmons v. Kotas, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Harry D. Leinenweber

| | |
|---|---|
| 1:12-cv-05751 | Lopez v. City of Chicago, Illinois, et al. |
| 1:13-cv-02245 | Rehco, LLC v. Spin Master Ltd. |
| 1:13-cv-06528 | Dupree v. Hardy, et al. |
| 1:14-cv-00011 | Pineda, et al. v. Raymond's Tacos, et al. |
| 1:14-cv-03112 | J&J Sports Productions, Inc. v. Urbina, et al. |
| 1:14-cv-04381 | Root Consulting, Inc., et al. v. Insull |
| 1:14-cv-05702 | Vences v. Target Corporation |
| 1:14-cv-07116 | Pihl v. Law Office of Keith S. Shindler, Ltd. |
| 1:14-cv-07872 | Michael Kors, L.L.C. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:14-cv-08874 | Williams v. Colvin |
| 1:14-cv-09588 | McKinnie v. Dart, et al. |
| 1:14-cv-10048 | U.S. Bank, National Association v. JKM Mundelein LLC, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Charles R. Norgle Sr.

| | |
|---|---|
| 1:09-cv-06370 | Hill v. The City of Chicago, et al. |
| 1:12-cv-03849 | Haskett v. Village of Frankfort, et al. |
| 1:13-cv-00671 | Harvey v. Chicago Police Department, et al. |
| 1:13-cv-04185 | AmTrust International Underwriters Limited v. Cornhusker RBM, LLC, et al. |
| 1:13-cv-08788 | Gordon v. Viking Pump Inc., et al. |
| 1:14-cv-02757 | Davis v. Jackson Park Hospital, et al. |
| 1:14-cv-03821 | Alex v. The City of Chicago, et al. |
| 1:14-cv-05103 | Charles v. Wieberg, et al. |
| 1:14-cv-06416 | Bolender v. Care Specialists, Inc. |
| 1:14-cv-07570 | DiPaola, et al. v. Walgreen Co |
| 1:14-cv-08588 | Tosoni v. Mortell, et al. |
| 1:14-cv-09393 | Barrett v. Village of Sauk Village, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Rebecca R. Pallmeyer


| Case Number | Case Name |
|---|---|
| 1:13-cv-05693 | First National Bank and Trust Company of Rochelle, Illinois v. The McGraw Hill Companies, Inc, et al. |
| 1:13-cv-05907 | Neal v. Target Corporation, et al. |
| 1:13-cv-08562 | Board of Trustees of the Pipe Fitters Retirement Fund, Local 597, et al. v. Northern Weathermakers HVAC, Inc., et al. |
| 1:13-cv-08576 | Sehgal, et al. v. Beers, et al. |
| 1:14-cv-01698 | Campbell v. Lemke, et al. |
| 1:14-cv-03565 | Burke v. City of Chicago, et al. |
| 1:14-cv-04931 | Comdesco Group, Inc. v. Gigabit Squared, LLC |
| 1:14-cv-09336 | Gigabit Squared, LLC v. Comdesco Group, Inc. |
| 1:14-cv-06226 | United States of America v. Funds in the Amount of $15,000 in United States Currency, et al. |
| 1:14-cv-07196 | Trustees of the Chicago Painters and Decorators Welfare Fund v. TPL Sign Services, Inc., et al. |
| 1:14-cv-08117 | Old Republic General Insurance Company v. Allianz Global Risks US Insurance Company |
| 1:14-cv-09025 | Foster v. BPI Sports, LLC, et al. |
| 1:14-cv-09857 | Trustees of the Will County Local 174 Carpenters Pension Trust Fund, et al. v. Brookwood Builders, Inc. |


List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Milton I. Shadur

| Case Number | Case Name |
|---|---|
| 1:11-cv-04559 | Bank of America, N.A. v. Hilton Trading Corp. |
| 1:12-cv-05824 | Anderson v. United States of America |
| 1:13-cv-03255 | Lee v. Wexford Health Sources Inc., et al. |
| 1:13-cv-07098 | Jensen v. IFCO, Inc. |
| 1:13-cv-08993 | Jones v. Dupage County Sheriff's Office |
| 1:14-cv-02253 | Technology Insurance Company v. B & R Insurance Partners, LLC |
| 1:14-cv-03053 | J&J Sports Productions, Inc. v. Bauer, et al. |
| 1:14-cv-05348 | Cobb, et al. v. Falcon Holdings, LLC |
| 1:14-cv-06715 | Mehra v. Law Offices of Keith S. Shindler, Ltd |
| 1:14-cv-08887 | Mahmoud v. The Vanguard Group, Inc., et al. |
| 1:14-cv-09500 | Burkard v. The DuPage County Health Department |
| 1:14-cv-10021 | Brown v. Social Security Administration |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Manish S. Shah

| | |
|---|---|
| 1:11-cv-04109 | Wilder v. Wexford Health Sources, Inc., et al. |
| 1:12-cv-07110 | Madden v. City of Chicago, et al. |
| 1:13-cv-02106 | City of Evanston v. Chevron U.S.A. Inc., et al. |
| 1:13-cv-05507 | Birdo v. Johnson, et al. |
| 1:13-cv-06864 | Birdo v. Gomez, et al. |
| 1:13-cv-07965 | G. Neil Garrett, D.D.S., P.C. v. Albertson's, LLC, et al. |
| 1:14-cv-00866 | Sullens v. Graham, et al. |
| 1:14-cv-01835 | Cohan v. Medline Industries, Inc. |
| 1:14-cv-07072 | Internet Media v. Sears Roebuck and Co. |
| 1:14-cv-07793 | Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al. v. Bryn Mawr Flooring, Inc. |
| 1:14-cv-08116 | Trustees of the Will County Local 174 Carpenters Pension Trust Fund and Will County Local 174 Welfare Fund v. Pullara, Inc., et al. |
| 1:14-cv-09021 | Hawk Technology Systems, LLC v. McCain Foods USA, Inc. |
| 1:14-cv-09898 | PhD Marketing, Inc., et al. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Amy J. St. Eve

| | |
|---|---|
| 1:12-cv-08234 | Baier v. Rohr-Mont Motors, Inc., et al. |
| 1:13-cv-00870 | Rutledge v. City of Chicago, et al. |
| 1:13-cv-03643 | Simon Bernstein Irrevocable Insurance Trust Dtd 6/21/95 v. Heritage Union Life Insurance Company |
| 1:13-cv-08808 | P-Americas LLC v. Central States Southeast and Southwest Areas Pension Fund, et al. |
| 1:14-cv-01881 | Bonner v. Village of Burnham, et al. |
| 1:14-cv-03197 | National Fair Housing Alliance, Inc., et al. v. Ryan Companies US, Inc., et al. |
| 1:14-cv-04004 | Dallas Buyers Club, LLC v. Does 1-33 |
| 1:14-cv-04434 | Tully v. Board of Education of the City of Chicago |
| 1:14-cv-05725 | Howard v. Frito Lay, Inc. |
| 1:14-cv-06000 | Davis v. Dart, et al. |
| 1:14-cv-06913 | Heidbreder Building Group, LLC v. Association of the Wall and Ceiling Industry, et al. |
| 1:14-cv-07553 | Dallas Buyers Club, LLC v. Does 1-14 |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. John J. Tharp Jr.

| | |
|---|---|
| 1:09-cv-06016 | Demouchette, et al. v. Sheriff of Cook County Thomas Dart, et al. |
| 1:11-cv-07386 | Taylor v. Wexford Health Sources, Inc., et al. |
| | 1:12-cv-10103    Taylor v. Butler-Winters, et al. |
| | 1:13-cv-07501    Taylor v. Wexford Health Sources, Inc., et al. |
| 1:12-cv-08049 | Blaga, et al. v. Old Dominion Freight Line, Inc. |
| 1:13-cv-03426 | Allen v. City of Chicago, et al. |
| 1:13-cv-08282 | Smuk v. Specialty Foods Group, Inc. |
| 1:14-cv-01803 | McCann v. Semplinski, et al. |
| 1:14-cv-03839 | Braddock v. United Parcel Service, et al. |
| 1:14-cv-05398 | Lopez, et al. v. Smart, et al. |
| 1:14-cv-06788 | Wright v. Nagpal |
| 1:14-cv-07936 | Umberger v. Mac's Convenience Stores, LLC |
| 1:14-cv-08924 | Etro v. Blitt & Gaines, P.C. |
| 1:14-cv-09754 | Champion Laboratories, Inc. v. Central Illinois Manufacturing Company |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. Andrea R. Wood

| | |
|---|---|
| 1:12-cv-04110 | McFadden v. Pryor, et al. |
| 1:12-cv-06801 | HSBC Bank USA, National Association v. Davis |
| 1:12-cv-09714 | Beley, et al. v. City of Chicago |
| 1:13-cv-03640 | US Foods, Inc. v. Noble, et al. |
| 1:13-cv-06172 | Trustees of the Glaziers, Architectural Metal and Glass Workers Local Union No. 27 Welfare and Pension Funds v. Architectural Glass |
| 1:14-cv-00174 | Powell, et al. v. Roseland Community Hospital Association, et al. |
| 1:14-cv-03469 | Melendez-Santa v. Costco Wholesale Corporation |
| 1:14-cv-05736 | Shure v. First Midwest Bancorp, Inc., et al. |
| 1:14-cv-06175 | Coleman v. Wal-Mart Stores, Inc. |
| 1:14-cv-07468 | Saffold v. Manning |
| 1:14-cv-08173 | Szykowny v. Freedman Anselmo Lindberg, LLC, et al. |
| 1:14-cv-09275 | Greene v. Village of Lansing, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge John Robert Blakey from the Hon. James B. Zagel

| | |
|---|---|
| 1:10-cv-08023 | Haschak, et al. v. Fox & Hound Restaurant Group, et al. |
| 1:12-cv-04192 | Innovative Sports Management, Inc. v. Lassak, et al. |
| 1:13-cv-00093 | Council v. Village of Dolton, et al. |
| 1:13-cv-05958 | Holt, et al. v. Capitol Cement Company, Inc. |
| 1:13-cv-08948 | Perez v. Aguirre, et al. |
| 1:14-cv-02021 | Smith v. Ling, et al. |
| 1:14-cv-03763 | Anderson v. American Laser Skincare, LLC |
| 1:14-cv-05009 | Wozniak, et al. v. Zielinski, et al. |
| 1:14-cv-06866 | Craftwood Lumber Company v. Senco Brands, Inc. |
| 1:14-cv-07955 | James v. City of Chicago, et al. |
| 1:14-cv-09224 | Antic v. Johnson, et al. |
| 1:14-cv-10111 | Central States Southeast & Southwest Areas Health & Welfare Fund, et al. v. Holcomb, et al. |